**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Lynne Lonie<br>1731 Coleman Street<br>Brooklyn, New York 11234<br>　　　　　　Plaintiff,<br><br>v　　　　　　　　　　　．<br><br><br>Discover Financial Services LLC<br>2500 Lake Cook Road<br>Riverwoods, IL 60015<br>　　　　　　Defendant, | Case No.<br>25-cv-01459 -OEM-LKE<br><br>**COMPLAINT**<br><br><br>JURY TRAIL DEMANDED |

**INTRODUCTION**

1. This lawsuit is filed by Lynne Lonie (referred to as "Plaintiff"), an individual consumer, against Discover Financial Services LLC ("Defendant") for alleged violations of the Fair Credit Reporting Act (FCRA), 15 U.S.C. § 1681 et seq. The Plaintiff seeks legal relief for inaccurate, misleading, false, and erroneous credit reporting, which constitutes a violation of the FCRA. Through this civil action, the Plaintiff aims to hold the Defendant accountable for unlawful credit reporting practices and to seek actual, punitive, and statutory damages.

2. Congress has recognized that the integrity of the banking system relies on fair and accurate credit reporting. When credit reports contain inaccuracies, they undermine public confidence and reduce the efficiency of the financial system. Unfair credit reporting practices can erode trust in financial institutions, which is crucial for the stability of the banking industry. To address these concerns, Congress enacted the Fair Credit Reporting Act (FCRA), 15 U.S.C. § 1681 et seq., with the goal of ensuring accurate and fair credit reporting, improving the efficiency of financial operations, and safeguarding consumer privacy.

3. The FCRA establishes a structured set of safeguards designed to protect consumers from the potential harm caused by inaccurate credit reporting. By implementing these protections, the FCRA minimizes the risks associated with false or misleading credit information. Congress,

through the FCRA, sought to balance the financial industry's need for reliable credit data with consumers' rights to accurate and fair reporting.

## JURISDICTION AND VENUE

4. The court has jurisdiction under 15 U.S.C § 1681p, and 28 U.S.C§ 1331. The venue in this Eastern District is proper as Defendant transacts business in New York, and Plaintiff lives in the Eastern District of New York.

## PARTIES

5. The plaintiff is a natural person residing in the Eastern District of New York. Plaintiff is a consumer "Individual" as defined by the Fair Credit Reporting Act, 15 U.S.C.§1681a (c).

6. The defendant is a "furnisher" as defined by 15 U.S.C.§1681a (b).

7. Upon information and belief, Defendant's principal place of business is 2500 Lake Cook Road, Riverwoods, IL 60015.

## FACTS OF THE COMPLAINT

8. On or around December 21, 2018, Plaintiff incurred financial obligations for an alleged student loan with Defendant in the amount of $23,107.00 (account number 110030305411000) from a transaction in which money, property, insurance, or service, which are the subject of the transaction, are primarily for personal, family, and household purposes.

9. On or around August 15, 2019, Plaintiff incurred financial obligations for an alleged student loan with Defendant in the amount of $47,306.00 (account number 110030305411001) from a transaction in which money, property, insurance, or service, which are the subject of the transaction, are primarily for personal, family, and household purposes.

10. On or around February 7, 2025, while reviewing her credit reports from Equifax, Experian, and TransUnion, Plaintiff discovered multiple inaccuracies, including false payment history information. Upon identifying these errors, the Plaintiff promptly disputed the inaccurate and incomplete information with the three credit reporting agencies mentioned above.

11. The defendant reported to Experian in the payment history section that both accounts were 90 days past due in April 2023 when it was actually 120 days past due. In May 2023, both accounts were again reported as 90 days past due, although it was actually 150 days past due. Finally, in

June 2023, both accounts were reported as 90 days past due when both accounts were actually 180 days past due. **(See Exhibit A)**

12. The defendant reported inaccurate and incomplete information by neglecting to furnish the balances and payment amounts to Experian for both accounts for the months of January, February, July, August, October, November, and December of 2023. **(See Exhibit A)**

13. For the account ending in 1000, the Defendant inaccurately reported balances to Experian for several months, as evidenced by the account's billing statements. In March 2023, the reported balance was $31,597, while the actual balance was $31,307.83. In April 2023, the reported balance was $31,479, whereas the correct balance was $31,617.92. In May 2023, Experian reflected a balance of $31,564, though the accurate balance was $31,499.75. In June 2023, the reported balance was $31,514, while the correct balance was $31,584.42. Finally, in September 2023, Defendant inaccurately reported a balance of $30,375, while the actual balance was $30,333.22. **(See Exhibits A, B, B1, B2, B3 & B4)**

14. For the account ending in 1001, the Defendant inaccurately reported balances to Experian for several months, as evidenced by the account's billing statements. In March 2023, the reported balance was $62,832, while the actual balance was $62,204.97. In April 2023, the reported balance was $62,769, whereas the correct balance was $62,876.49. In May 2023, Experian reflected a balance of $62,684, though the accurate balance was $62,813.38. In June 2023, the reported balance was $62,577, while the correct balance was $62,728.34. Finally, in September 2023, Defendant inaccurately reported a balance of $60,225, while the actual balance was $60,134.42. **(See Exhibits A, B, B1, B2, B3 & B4)**

15. The defendant inaccurately reported to Equifax that both accounts were 30 days past due in February 2023. However, both accounts were actually 60 days past due at that time. In March 2023, both accounts were reported as 60 days past due, but both were actually 90 days past due. In April 2023, both accounts were reported as 90 days past due; however, both were actually 120 days past due. In May 2023, both accounts continued to be reported as 90 days past due, but both were truly 150 days past due. Finally, in June 2023, both accounts were reported as 90 days past due, although both accounts were actually 180 days past due. **(See Exhibit C)**

16. The accounts were charged off in December 2023; however, the defendant inaccurately reported to Equifax that there was no data in the payment history section for December 2023, thus furnishing incomplete and misleading information. **(See Exhibit C)**

17. For the account ending in 1000, according to the billing statements, the following payments were made. In April 2023, $424.11 was paid; however, the defendant reported no data to

Equifax, resulting in inaccurate and incomplete information. In May 2023, $231.48 was paid; similarly, the defendant reported no data to Equifax, again providing inaccurate and incomplete information. In June 2023, $355.48 was paid, but the defendant reported no data to Equifax, leading to inaccurate and incomplete information. In July 2023, $1,859.79 was paid; however, the defendant once more reported no data to Equifax, which resulted in inaccurate and incomplete information. **(See Exhibits C, B, B1, B2, B3, B4)**

18. The last payment was made on the account ending in 1000 in November 2023; however, the Defendant inaccurately reported to Equifax in the account history section **(See Exhibit C)** that $424 was paid in December 2023, $231 in January 2023, $355 in February 2023, and $355 in March 2024.

19. For the account ending in 1001, according to the billing statements, the following payments were made. In April 2023, $724.55 was paid; however, the defendant reported no data to Equifax, resulting in inaccurate and incomplete information. In May 2023, $768.52 was paid; similarly, the defendant reported no data to Equifax, again providing inaccurate and incomplete information. In June 2023, $768.52 was paid, but the defendant reported no data to Equifax, leading to inaccurate and incomplete information. In July 2023, $3,905.37 was paid; however, the defendant once more reported no data to Equifax, which resulted in inaccurate and incomplete information. **(See Exhibits C, B, B1, B2, B3, B4)**

20. The account history section of the Equifax report is both inaccurate and incomplete. Specifically, from January 2023 to October 2023, the balances for the account ending in 1000 are not reported, as no data was entered for these months. **(See Exhibit C)**

21. Additionally, the defendant inaccurately reported to Equifax that the account ending in 1000 had a balance of $31,597 for November 2023. However, the billing statement clearly confirms that the actual balance was $30,978.70. Moreover, the defendant reported that the balance for December 2023 was $31,479, which is also misleading and incorrect. The billing statement explicitly shows that the correct balance was $31,279.50. **(See Exhibits C, C1, C2)**

22. The account history section of the Equifax report is both inaccurate and incomplete. Specifically, from January 2023 to October 2023, the balances for the account ending in 1001 are not reported, as no data was entered for these months. **(See Exhibit C)**

23. Additionally, the defendant inaccurately reported to Equifax that the account ending in 1001 had a balance of $62,204 for November 2023. However, the billing statement clearly confirms that the actual balance was $61,526.39. Moreover, the defendant reported that the balance for

December 2023 was $62,769, which is also misleading and incorrect. The billing statement explicitly shows that the correct balance was $62,213.75. **(See Exhibits C, C1, C2)**

24. The defendant reported to TransUnion that both accounts were 90 days past due in April 2023 when it was actually 120 days past due. In May 2023, both accounts were again reported as 90 days past due, although it was actually 150 days past due. Finally, in June 2023, both accounts were reported as 90 days past due when it was actually 180 days past due.

25. The payment history section is currently inaccurate and incomplete. Specifically, the Defendant did not report essential information to TransUnion, including the accurate balances, the actual amounts paid, and the past due amounts for both accounts from November 2022 to August 2024. As a result, the information furnished has become misleading, inaccurate, and incomplete.

26. Upon information and belief, Experian, Equifax, and TransUnion forwarded a notice of dispute and all relevant information regarding the FCRA dispute letter to the Defendant within five business days of receipt of same, as required by the FCRA.

27. On or around March 05, 2025, Plaintiff received the dispute results from Experian and Equifax, in which Defendant verified inaccurate and incomplete information.

28. On or around March 03, 2025, Plaintiff received the dispute results from TransUnion, in which Defendant verified inaccurate and incomplete information.

29. Following the thirty (30) day FCRA investigation period, the Defendant failed to modify or delete the inaccurate information. The payment history was and continues to be incomplete and inaccurate.

30. Upon information and belief, Defendant either failed to perform any investigation entirely or performed unreasonable investigation(s) and erroneously verified the inaccurate account as accurate.

31. The Defendant neglected to review all relevant information provided by the Plaintiff in the Plaintiff's disputes, as required by and in violation of 15 U.S.C. § 1681s-2(b), respectively.

32. The Defendant, upon receipt of the Plaintiff's disputes, failed to conduct an investigation or reinvestigation with respect to the disputed information as required by 15 U.S.C. § 1681s-2(b), respectively.

33. Had the defendant undertaken diligent investigations, the account in question would undoubtedly reflect accurate balances, payments made, and precise account details, presenting a clear and truthful report and correct account details.

34. The Defendant's negligence in conducting a thorough investigation not only neglected their duty but also led to their failure to correct and update the Plaintiff's information as mandated by 15 U.S.C. § 1681s-2(b). This disregard for legal obligations has resulted in the ongoing reporting of inaccurate and incomplete information, which is a clear violation of 15 U.S.C. § 1681s-2(b).

35. The plaintiff has a congressionally defined right to have consumer reporting agencies (CRAs) maintain only accurate and complete credit information, ensuring that all communications and reported data are free from misrepresentations and inaccuracies.

36. Among other things, the FCRA imposes a "duty on furnishers of credit information to provide accurate information about their customers" to credit reporting agencies. Chandler v. Peoples Bank & Tr. Co. Of Hazard, 769 F. App`x 242, 247-48 (6th Cir.   2019).

37. The defendant's persistent reporting of inaccurate, misleading, and derogatory information was not only careless but also a willful choice made with full knowledge of the underlying truth, especially in light of their awareness of the actual error. As a result, the plaintiff is, accordingly, eligible for statutory damages.

## PLAINTIFF'S DAMAGES

38. As a result of Defendant's persistent inaccuracies, misleading statements, and derogatory reporting, Plaintiff has endured significant actual damages. These damages include but are not limited to, multiple credit denials that have hindered the Plaintiff's ability to secure loans, substantial out-of-pocket expenses associated with the time wasted and effort spent disputing the erroneous information, a noticeable decline in the Plaintiff's creditworthiness, and considerable emotional distress stemming from the financial uncertainty and frustration caused by these ongoing transgressions.

39. The Plaintiff's creditworthiness has been adversely affected, leading to significant emotional distress, torment, time wasted, and mental anguish as a direct result of the Defendant's actions outlined herein. Additionally, Plaintiff has incurred out-of-pocket expenses related to credit repair services, experienced credit denials, and sought private counsel in an effort to dispute Defendant's conduct. These circumstances have also led to the assignation of character feelings of humiliation and embarrassment for the Plaintiff.

## Violation of the Fair Credit Reporting Act 15 U.S.C. § 1681s-2(b).

40. The plaintiff reincorporates by reference all of the above paragraphs of this Complaint as fully stated herein.

41. The Defendant is found to have violated 15 U.S.C § 1681s-2(b) by willfully failing to adhere to all requirements established for furnishers of information, as specified in 15 U.S.C. § 1681s-2(b).

42. Defendant violated 15 U.S.C § 1681s-2(b) by willfully failing to modify or delete incomplete or inaccurate information from Plaintiff's file. This failure persisted despite the fact that the Defendant conducted an investigation into the disputed information. Defendant had a statutory duty to verify the accuracy of the data in Plaintiff's file and take corrective action when discrepancies were identified. However, their inaction allowed erroneous information to remain in the Plaintiff's credit file. Furthermore, Defendant failed to fulfill its duty under 15 U.S.C. § 1681s-2(b) by neglecting to thoroughly review all relevant information related to Plaintiff's account. This inadequate investigation breached the obligations set forth in the statute.

43. Defendant violated 15 U.S.C. § 1681s-2(b) of the Fair Credit Reporting Act (FCRA) by willfully neglecting to thoroughly review all pertinent information related to the Plaintiff's account. Had the Defendant thoroughly verified the information as required by the FCRA, they would have recognized that the information was inaccurate. This failure to conduct a proper investigation undermined the obligations established under the statute.

44. Defendant violated 15 U.S.C § 1681s-2(b) by willfully failing to permanently block the reporting of the inaccurate information disputed by Plaintiff and continuing to report and furnish inaccurate or incomplete information in Plaintiff's file to credit reporting agencies.

45. The defendant violated 15 U.S.C § 1681s-2(b) by willfully failing to comply with all requirements imposed on "furnishers of information" by 15 U.S.C. § 1681s-2(b).

43. The defendant's conduct exhibits a willful disregard for accuracy, as it had clear knowledge of the inaccuracies reported. Despite receiving Fair Credit Reporting Act (FCRA) dispute notices from Experian, Equifax, and TransUnion, the defendant continued to report the accounts inaccurately.

44. A "materially misleading" statement occurs when omissions in credit entries create misinterpretations, even if the underlying data is factually accurate. Addressing these gaps is essential to ensure clarity and prevent confusion.

45. Defendant exhibited a profound disregard for Plaintiff's rights and displayed an unjustifiably high level of risk to Plaintiff by failing to conduct a comprehensive and thorough investigation

into the FCRA disputes. This neglect has persisted up to the present time, as Defendant has not taken the necessary actions to correct the inaccuracies.

46. The aforementioned actions and omissions represent multiple willful, reckless, or negligent violations of the FCRA, specifically citing each provision of the FCRA, 15 U.S.C § 1681, et seq.

47. As a direct consequence of every willful violation of the Fair Credit Reporting Act (FCRA), the Plaintiff is unequivocally entitled to restoration. This includes actual damages determined by the court under 15 U.S.C. § 1681n(a)(1), statutory damages as specified in 15 U.S.C. § 1681n(a)(1), and punitive damages that the Court may rightfully grant under 15 U.S.C. § 1681n(a)(2).

48. As a result of each and every negligent noncompliance of the FCRA, the Plaintiff is entitled to actual damages as the Court may allow pursuant to 15 U.S.C. § 1681o(a)(1);.

## <u>DEMAND FOR JURY AND PRAYER FOR RELIEF</u>

 WHEREFORE, Plaintiff prays that judgment be entered against Defendant and Plaintiff be awarded damages and restoration from Defendant, as follows:

- An award of actual damages pursuant to 15 U.S.C. § 1681n(a)(1);
- An award of statutory damages pursuant to 15 U.S.C. § 1681n(a)(1);
-  An award of punitive damages as the Court may allow pursuant to 15 U.S.C. § 1681n(a)(2);
-  Any other relief that this Court deems just and proper.

Dated March 13, 2025

Respectfully submitted,

1731 Coleman Street
Brooklyn NY 11234
Email: Lynneantonio123@gmail.com

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

Lynne Lonie

**DEFENDANTS**

DISCOVER FINANCIAL SERVICES LLC

**(b)** County of Residence of First Listed Plaintiff __Kings County__
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant __Lake County__
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
1731 Coleman Street
Brooklyn NY 11234

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

| | |
|---|---|
| ☐ 1 U.S. Government Plaintiff | ☐● 3 Federal Question *(U.S. Government Not a Party)* |
| ☐ 2 U.S. Government Defendant | ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)* |

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & | Pharmaceutical Personal Injury | | **INTELLECTUAL PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | Slander | Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 340 Marine | | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 880 Defend Trade Secrets Act of 2016 | ☐● 480 Consumer Credit (15 USC 1681 or 1692) |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | | ☐ 485 Telephone Consumer Protection Act |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 862 Black Lung (923) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | ☐ 871 IRS—Third Party 26 USC 7609 | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☐● 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from Another District *(specify)*
☐ 6 Multidistrict Litigation - Transfer
☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
15 U.S.C § 1681
Brief description of cause:
Violation of the Fair Credit Reporting Act 15 U.S.C. § 1681s-2(b)

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐● Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions:)* 3/13/25

JUDGE _____ DOCKET NUMBER _____

DATE 3/13/25

SIGNATURE OF ATTORNEY OF RECORD
*Lynne Lonie*

FOR OFFICE USE ONLY

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

 **DISCOVER®**

# Exhibit B3

STUDENT LOANS

Account number 100303054206031

Page 1 of 4

Login to your account at

DiscoverStudentLoans.com

## PAYMENT INFORMATION    as of 06/02/2023

| Minimum Payment Due | $5,703.70 |
|---|---|
| If received on or before 06/25/2023 | |

| Payments Received since 05/02/2023 | | |
|---|---|---|
| Principal: | $ | 0.00 |
| Interest: | $ | 1,000.00 |
| Late Fees: | $ | 0.00 |
| Total Payment Received: | $ | 1,000.00 |

**Questions? Contact us 24/7**

 1-800-STUDENT
TDD (1-800-223-5614)

DiscoverStudentLoans.com

Due to timing of statement generation, payments and other loan updates may not be reflected until your next statement if posted after the statement is generated. Visit DiscoverStudentLoans.com/Statement for more information on how to read your statement.

### LOAN DETAILS AS OF 06/02/2023    Loan(s) currently due for payment

| Loan Type | Loan No. | Loan Status | Interest Rate | Loan Balance (Principal+ Interest) | Unpaid Accrued Interest Balance | Unpaid Deferred Interest Balance | Amount Past Due | Total Amount Due |
|---|---|---|---|---|---|---|---|---|
| Private Loan [1] | 1000 | REPAY | 12.215% | 31,584.42 | 1,110.94 | 0.00 | 1,461.90 | 1,832.51 |
| Private Loan [1] | 1001 | REPAY | 13.365% | 62,728.34 | 2,515.47 | 0.00 | 3,093.14 | 3,871.19 |
| **TOTAL** | | | | **94,312.76** | **3,626.41** | **0.00** | **4,555.04** | **5,703.70** |

**Change in Total Debt (Principal & Interest) Since Last Statement:  -$0.37**
Note: A decrease will appear as a negative (-), an increase will appear as positive (+).
**Loan Balance (Principal + Total Interest):** Sum of your outstanding principal balance, Unpaid Accrued Interest Balance and Unpaid Deferred Interest Balance, as of the date of this statement.
**Unpaid Accrued Interest Balance:** Interest that has been charged to your loan (excludes Unpaid Deferred Interest).
**Unpaid Deferred Interest Balance:** Interest that has been charged to your loan which will capitalize and be added to your principal balance following periods of Deferment or Forbearance.
Payments will be applied to unpaid deferred interest and unpaid accrued interest before being applied to principal balance.

Make checks payable to Discover Student Loans.
Please fold on the perforation below, detach and return with your payment.

**See reverse side for Important Information about your account.**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

 **Payment Coupon**
Please do not fold, clip or staple.

 **Pay Online**
DiscoverStudentLoans.com

**Pay by Phone**
1-800-STUDENT

| Account Number | 10030305420603 |
|---|---|
| Minimum Payment Due | $5,703.70 |
| Payment Due Date | 06/25/202? |
| Amount Enclosed | $ |

 զիլ||լ||լ||լ||լ||լ||լ||լ||լ||լ||լ||լ||լ||լ

Lynne Lonie
1731 Coleman St
Brooklyn, NY 11234-4312



**Paying More Than the Minimum Payment Due?**
Check this box if you want to apply the extra amount to specific loans. See reverse side for instructions.

To apply the extra amount to your loan with the highest interest rate, no action is necessary.

DISCOVER STUDENT LOANS
PO Box 71053
PHILADELPHIA, PA 19176-6053
 զիլ||լ|||լ|լ||լ||լ||լ|լ|լ||լ||լ|լ|լ|լ||լ|լ|լ

0000790090001003030542060310064700100303054200000570370

See your promissory note which contains all the terms of your loan. Visit DiscoverStudentLoans.com/Statement for information on how to read your statement.

## PAYMENT INFORMATION

Visit DiscoverStudentLoans.com for more information about making payments on your student loans. Payment options include:

- Pay online.
- Have monthly payments that are automatically deducted from your checking or savings account. You will receive loan statements online and the Auto Debit Amount will be deducted on your Auto Debit Date.
- Pay by phone using our payment service at 1-800-STUDENT. You will need your loan statement, bank account information and the last four digits of your Social Security number. This information will serve as your electronic signature and your consent to authorize Discover to electronically debit the account on the date you designate and to debit or credit that designated account to correct any applicable payment processing errors. For payments dated for the same day, once it is submitted it cannot be canceled. To cancel payments dated in the future, notify us up to 5:00 pm ET the day of the scheduled payment. Complete the information below and keep this for your records.

Designate an option and fill in the blanks: ☐ Minimum Payment Due
☐ Other Amount $ _____ . __ — Payment Due Date _____
Bank Account # _____ — Bank Routing # _____

- Mail payment. Send your payment coupon with a check or money order payable to Discover Student Loans. **DO NOT SEND CASH.** Sending cash payments is not allowed. The processing of your check or money order may be delayed if you include other items with your payment, if you send the payment to any address other than the one on the payment coupon, or if you use an envelope other than the one provided. If your payment is returned unpaid, we reserve the right to resubmit it as an electronic debit.
- If you think there is an error on your statement or you believe a prior payment was applied incorrectly, call us at 1-800-STUDENT anytime 24/7.

## ADDITIONAL INFORMATION

- To retain applicable borrower benefits, your payment must be received no later than the payment due date. Late payments may result in loss of or impairment of eligibility for borrower benefits, including interest rate reductions for automatic or on-time payments, cosigner release and other programs. Eligibility for borrower benefits also may be terminated or delayed during periods of non-payment, including deferment or forbearance, if payments are returned for insufficient funds, or if the loan is delinquent and/or defaults. See applicable benefit program terms and conditions at DiscoverStudentLoans.com or call us at 1-800-STUDENT.
- Interest cannot be paid until it accrues on your loan.
- We will send you a quarterly statement for any of your loan(s) that are in an in school, grace, deferment or forbearance status.

## HOW WE CALCULATE INTEREST

The Daily Simple Interest Method is used to calculate the interest on your account. It is calculated by multiplying the current principal balance by the interest rate of the loan and dividing by the number of days in a year. This will give you one day's interest accrual on your principal balance. Using this method, the daily interest accrual goes down as your principal balance is reduced.

## HOW TO MAKE PAYMENTS WITH DIFFERENT DUE DATES

To make a single payment for loans with different due dates, please include all applicable payment coupons with your payment.

## HAVING FINANCIAL DIFFICULTY?

We have options to help temporarily manage your student loan payments. For more information, please visit Discover.com/student-loans /repayment/customer/payment-options or call us at 1-800-STUDENT.

## HOW MONTHLY PAYMENTS ARE APPLIED

For more information on how your payments are applied, review the Payment Details section on your statement, visit DiscoverStudentLoans.com/Statement, or call us at 1-800-STUDENT. In general, payments are applied in order of fees (if applicable), accrued interest, and then principal (which includes capitalized interest).

**If a payment meets the Minimum Payment Due,** it will be applied to interest, accrued through the day before payment is received, and the remainder to principal.

**If a payment is less than the Minimum Payment Due,** it will be applied first to past due amounts, starting with the most delinquent loan amount and any late fees (if applicable). Payments will then be applied, based on the terms outlined in the promissory note(s), to loan(s) that authorize the collection of late fees, and then toward the remaining Minimum Payment Due amount. Paying less than the Minimum Payment Due may result in a delinquency on your loan(s). You can also direct underpayments to specific loans by noting your allocation (application) instructions on your payment coupon.

**If a payment is more than the Minimum Payment Due** and you don't choose to advance your payment due date, your payment will be applied first to the Minimum Payment Due and then toward the remaining balance on the highest interest rate loan in repayment on the statement or the highest balance loan in repayment (if loans have the same rate). Overpayments made after your statement due date and before your next statement may reduce the Minimum Payment Due on that next statement. You can also direct overpayments to specific loans via your payment coupon, your secure account at DiscoverStudentLoans.com or 1-800-STUDENT. To pay off a loan and obtain the payoff amount, log in at DiscoverStudentLoans.com.

**If you choose to advance your payment due date,** your overpayment will first pay your Minimum Payment Due in full. The remainder will be applied to your loan balance(s), and interest will continue to accrue on the remaining balance(s). The payment due date will be advanced as many months as the payment fully covers, and will show $0 due for the number of months that are paid ahead. If the overpayment amount is not able to pay ahead the entire Minimum Payment Due for a loan, the remaining Minimum Payment Due on the next statement will be reduced accordingly. For accounts with multiple loans on one statement, the overpayment will be applied to align all loans to the same paid ahead date, where possible.

**If you chose an in-school repayment option** and make an overpayment while in school or during the grace period, your payment will first pay your Minimum Payment Due, and then any outstanding accrued interest as of the day your payment is received, in order of highest interest rate loan, regardless if payment is due. The remainder is applied to your principal balance, in order of highest interest rate loan, regardless if payment is due.

**For customers receiving monthly statements,** payments are applied to the loans associated with the account number on the statement coupon.

## CREDIT REPORTING

Each month we report the status of your loan(s) to consumer credit reporting agencies. If you do not make your student loan payments, as required by your promissory note(s), your loan(s) will become delinquent.

DSL202104

---

## Address, e-mail or telephone changed?

Address _____

City _____    State _____    Zip _____

E-Mail Address _____

Phone _____ - _____ - _____    ☐ Land Line   ☐ Mobile

**Phone Consent**

By providing your phone numbers, you agree that Discover, its affiliates and agents may call you at these numbers. If this is a cell phone number you agree that we may contact you using an automatic dialer, including pre-recorded messages and/or text messages, even if your cell phone provider may charge you for calls according to your current plan.

To change your name, please call us at 1-800-STUDENT anytime 24/7.

## Paying More Than the Minimum Payment Due?

To apply your extra payment as described in How Monthly Payments Are Applied, no action is necessary. You may apply the extra amount differently when you log in to your secure account at DiscoverStudentLoans.com, call us at 1-800-STUDENT or select one of the options below.

☐ Apply to loan number _____

☐ Apply to the highest balance loan(s) in repayment

☐ Apply overpayment to advance payment due date

Please note that applying an overpayment to advance the payment due date is not an available option for loan(s) with an in-school repayment or for loan(s) in a deferred, grace or forbearance status.

We do not accept payment instructions related to your extra payment written on the front of your payment coupon, a personal check or a separate piece of paper included with your payment.



STUDENT LOANS
Account Number 100303054206031
Page 3 of 4

## IMPORTANT ACCOUNT INFORMATION

### ₁ YOUR LOAN(S) HAS A PAST DUE PAYMENT

Past Due amounts are due immediately. Please see the Loan Details for the past due amount. If you have not made your monthly payment, please do so today. Late payments, loan delinquencies and defaults may be reported to consumer credit reporting agencies and reflected on your credit report. If you would like to discuss payment arrangements, please call us anytime 24/7.

## PAYMENTS POSTED SINCE 05/02/2023 (For more information, see Payment Details)

The date of your individual payments reflects when we received your payment.

| Date Received | Loan No. | Payment | Date Received | Loan No. | Payment |
|---|---|---|---|---|---|
| 05/04/2023 | 1000 | 231.48 | 05/04/2023 | 1001 | 768.52 |

**TOTAL PAYMENT AMOUNT**     **$1,000.00**

## PAYMENTS DETAILS

| Loan Type | Loan No. | Paid | Principal | Interest | Late Fees |
|---|---|---|---|---|---|
| Private Loan | 1000 | 231.48 | 0.00 | 231.48 | 0.00 |
| Private Loan | 1001 | 768.52 | 0.00 | 768.52 | 0.00 |
| **TOTAL** | | **1,000.00** | **0.00** | **1,000.00** | **0.00** |

## PAYMENTS TO DATE

| Loan Type | Loan No. | Total Paid | Total Principal | Total Interest | Total Late Fees |
|---|---|---|---|---|---|
| Private Loan | 1000 | 1,065.44 | 0.00 | 1,065.44 | 0.00 |
| Private Loan | 1001 | 2,217.62 | 0.00 | 2,217.62 | 0.00 |
| **TOTAL** | | **3,283.06** | **0.00** | **3,283.06** | **0.00** |

 **DISCOVER®**

# Exhibit B2

**STUDENT LOANS**

Account number 100303054206031

Page 1 of 4

Login to your account at
DiscoverStudentLoans.com

## PAYMENT INFORMATION        as of 05/02/2023

| Minimum Payment Due | $5,555.04 |
|---|---|
| If received on or before 05/25/2023 | |

| Payments Received since 04/02/2023 | | |
|---|---|---|
| Principal: | $ | 0.00 |
| Interest: | $ | 1,148.66 |
| Late Fees: | $ | 0.00 |
| Total Payment Received: | $ | 1,148.66 |

**Questions? Contact us 24/7**

 1-800-STUDENT
TDD (1-800-223-5614)

 DiscoverStudentLoans.com

Due to timing of statement generation, payments and other loan updates may not be reflected until your next statement if posted after the statement is generated. Visit DiscoverStudentLoans.com/Statement for more information on how to read your statement.

### LOAN DETAILS AS OF 05/02/2023                                        Loan(s) currently due for payment

| Loan Type | Loan No. | Loan Status | Interest Rate | Loan Balance (Principal+ Interest) | Unpaid Accrued Interest Balance | Unpaid Deferred Interest Balance | Amount Past Due | Total Amount Due |
|---|---|---|---|---|---|---|---|---|
| Private Loan [1] | 1000 | REPAY | 12.215% | 31,499.75 | 1,026.27 | 0.00 | 1,322.77 | 1,693.38 |
| Private Loan [1] | 1001 | REPAY | 13.365% | 62,813.38 | 2,600.51 | 0.00 | 3,083.61 | 3,861.66 |
| **TOTAL** | | | | **94,313.13** | **3,626.78** | **0.00** | **4,406.38** | **5,555.04** |

**Change in Total Debt (Principal & Interest) Since Last Statement:  -$181.28**
Note: A decrease will appear as a negative (-), an increase will appear as positive (+).
**Loan Balance (Principal + Interest):** Sum of your outstanding principal balance, Unpaid Accrued Interest Balance and Unpaid Deferred Interest Balance, as of the date of this statement.
**Unpaid Accrued Interest Balance:** Interest that has been charged to your loan (excludes Unpaid Deferred Interest).
**Unpaid Deferred Interest Balance:** Interest that has been charged to your loan which will capitalize and be added to your principal balance following periods of Deferment or Forbearance.
Payments will be applied to unpaid deferred interest and unpaid accrued interest before being applied to principal balance.

Make checks payable to Discover Student Loans.
Please fold on the perforation below, detach and return with your payment.

**See reverse side for Important Information about your account.**

---

**Payment Coupon**
Please do not fold, clip or staple.

 **Pay Online**
DiscoverStudentLoans.com

**Pay by Phone**
1-800-STUDENT

| Account Number | 10030305420603 |
|---|---|
| Minimum Payment Due | $5,555.04 |
| **Payment Due Date** | 05/25/2023 |
| **Amount Enclosed** | $ |

ɪlɪɪɪjɪɪlɪɪɪllɪɪɪljɪɪɪpllɪɪɪɪlɪjllɪɪɪɪɪɪpɪlɪɪɪlɪɪɪljɪɪljl

Lynne Lonie
1731 Coleman St
Brooklyn, NY 11234-4312

DISCOVER STUDENT LOANS
PO Box 71053
PHILADELPHIA, PA 19176-6053
ɪɪɪlɪllɪlllɪɪɪɪplllɪlllɪɪɪjɪlɪlɪlllɪɪɪllllɪɪllɪɪɪɪjpɪlɪjl

**Paying More Than the Minimum Payment Due?**
Check this box if you want to apply the extra amount to specific loans.
See reverse side for instructions.

To apply the extra amount to your loan with the highest interest rate,
no action is necessary.

0000790090001003030542060310064700100303054200005555040

Information About Your Student Loan Account
Case 1:25-cv-01899-ELH-LMRK Document 1 Filed 03/14/25 Page 14 of 55 PageID # Page 2 of 4
See your promissory note which contains all the terms of your loan. Visit DiscoverStudentLoans.com/Statement for information on how to read your statement.

## PAYMENT INFORMATION

Visit DiscoverStudentLoans.com for more information about making payments on your student loans. Payment options include:

- Pay online.
- Have monthly payments that are automatically deducted from your checking or savings account. You will receive loan statements online and the Auto Debit Amount will be deducted on your Auto Debit Date.
- Pay by phone using our payment service at 1-800-STUDENT. You will need your loan statement, bank account information and the last four digits of your Social Security number. This information will serve as your electronic signature and your consent to authorize Discover to electronically debit the account on the date you designate and to debit or credit that designated account to correct any applicable payment processing errors. For payments dated for the same day, once it is submitted it cannot be canceled. To cancel payments dated in the future, notify us up to 5:00 pm ET the day of the scheduled payment. Complete the information below and keep this for your records.

Designate an option and fill in the blanks: ☐ Minimum Payment Due
☐ Other Amount $ ————.—— Payment Due Date ————
Bank Account # ———— Bank Routing # ————

- Mail payment. Send your payment coupon with a check or money order payable to Discover Student Loans. **DO NOT SEND CASH.** Sending cash payments is not allowed. The processing of your check or money order may be delayed if you include other items with your payment, if you send the payment to any address other than the one on the payment coupon, or if you use an envelope other than the one provided. If your payment is returned unpaid, we reserve the right to resubmit it as an electronic debit.
- If you think there is an error on your statement or you believe a prior payment was applied incorrectly, call us at 1-800-STUDENT anytime 24/7.

## ADDITIONAL INFORMATION

- To retain applicable borrower benefits, your payment must be received no later than the payment due date. Late payments may result in loss of or impairment of eligibility for borrower benefits, including interest rate reductions for automatic or on-time payments, cosigner release and other programs. Eligibility for borrower benefits also may be terminated or delayed during periods of non-payment, including deferment or forbearance, if payments are returned for insufficient funds, or if the loan is delinquent and/or defaults. See applicable benefit program terms and conditions at DiscoverStudentLoans.com or call us at 1-800-STUDENT.
- Interest cannot be paid until it accrues on your loan.
- We will send you a quarterly statement for any of your loan(s) that are in an in school, grace, deferment or forbearance status.

## HOW WE CALCULATE INTEREST

The Daily Simple Interest Method is used to calculate the interest on your account. It is calculated by multiplying the current principal balance by the interest rate of the loan and dividing by the number of days in a year. This will give you one day's interest accrual on your principal balance. Using this method, the daily interest accrual goes down as your principal balance is reduced.

## HOW TO MAKE PAYMENTS WITH DIFFERENT DUE DATES

To make a single payment for loans with different due dates, please include all applicable payment coupons with your payment.

## HAVING FINANCIAL DIFFICULTY?

We have options to help temporarily manage your student loan payments. For more information, please visit Discover.com/student-loans/repayment/customer/payment-options or call us at 1-800-STUDENT.

## HOW MONTHLY PAYMENTS ARE APPLIED

For more information on how your payments are applied, review the Payment Details section on your statement, visit DiscoverStudentLoans.com/Statement, or call us at 1-800-STUDENT. In general, payments are applied in order of fees (if applicable), accrued interest, and then principal (which includes capitalized interest).

**If a payment meets the Minimum Payment Due,** it will be applied to interest, accrued through the day before payment is received, and the remainder to principal.

**If a payment is less than the Minimum Payment Due,** it will be applied first to past due amounts, starting with the most delinquent loan amount and any late fees (if applicable). Payments will then be applied, based on the terms outlined in the promissory note(s), to loan(s) that authorize the collection of late fees, and then toward the remaining Minimum Payment Due amount. Paying less than the Minimum Payment Due may result in a delinquency on your loan(s). You can also direct underpayments to specific loans by noting your allocation (application) instructions on your payment coupon.

**If a payment is more than the Minimum Payment Due** and you don't choose to advance your payment due date, your payment will be applied first to the Minimum Payment Due and then toward the remaining balance on the highest interest rate loan in repayment on the statement or the highest balance loan in repayment (if loans have the same rate). Overpayments made after your statement due date and before your next statement may reduce the Minimum Payment Due on that next statement. You can also direct overpayments to specific loans via your payment coupon, your secure account at DiscoverStudentLoans.com or 1-800-STUDENT. To pay off a loan and obtain the payoff amount, log in at DiscoverStudentLoans.com.

**If you choose to advance your payment due date,** your overpayment will first pay your Minimum Payment Due in full. The remainder will be applied to your loan balance(s), and interest will continue to accrue on the remaining balance(s). The payment due date will be advanced as many months as the payment fully covers, and will show $0 due for the number of months that are paid ahead. If the overpayment amount is not able to pay ahead the entire Minimum Payment Due for a loan, the remaining Minimum Payment Due on the next statement will be reduced accordingly. For accounts with multiple loans on one statement, the overpayment will be applied to align all loans to the same paid ahead date, where possible.

**If you chose an in-school repayment option** and make an overpayment while in school or during the grace period, your payment will first pay your Minimum Payment Due, and then any outstanding accrued interest as of the day your payment is received, in order of highest interest rate loan, regardless if payment is due. The remainder is applied to your principal balance, in order of highest interest rate loan, regardless if payment is due.

**For customers receiving multiple statements,** payments are applied to the loans associated with the account number on the statement coupon.

## CREDIT REPORTING

Each month we report the status of your loan(s) to consumer credit reporting agencies. If you do not make your student loan payments, as required by your promissory note(s), your loan(s) will become delinquent.

DSL202104

---

### Address, e-mail or telephone changed?

Address ————————————————————

City ———————— State ———— Zip ————

E-Mail Address ————————————————————

Phone - ———— - ———— ☐ Land Line ☐ Mobile

**Phone Consent**

By providing your phone numbers, you agree that Discover, its affiliates and agents may call you at these numbers. If this is a cell phone number you agree that we may contact you using an automatic dialer, including pre-recorded messages and/or text messages, even if your cell phone provider may charge you for calls according to your current plan.

To change your name, please call us at 1-800-STUDENT anytime 24/7.

### Paying More Than the Minimum Payment Due?

To apply your extra payment as described in How Monthly Payments Are Applied, no action is necessary. You may apply the extra amount differently when you log in to your secure account at DiscoverStudentLoans.com, call us at 1-800-STUDENT or select one of the options below.

☐ Apply to loan number ————

☐ Apply to the highest balance loan(s) in repayment

☐ Apply overpayment to advance payment due date

Please note that applying an overpayment to advance the payment due date is not an available option for loan(s) with an in-school repayment or for loan(s) in a deferred, grace or forbearance status.

We do not accept payment instructions related to your extra payment written on the front of your payment coupon, a personal check or a separate piece of paper included with your payment.



STUDENT LOANS

Account Number 100303054206031

Page 3 of 4

## IMPORTANT ACCOUNT INFORMATION

### 1 YOUR LOAN(S) HAS A PAST DUE PAYMENT

Past Due amounts are due immediately. Please see the Loan Details for the past due amount. If you have not made your monthly payment, please do so today. Late payments, loan delinquencies and defaults may be reported to consumer credit reporting agencies and reflected on your credit report. If you would like to discuss payment arrangements, please call us anytime 24/7.

## PAYMENTS POSTED SINCE 04/02/2023 (For more information, see Payment Details)

The date of your individual payments reflects when we received your payment.

| Date Received | Loan No. | Payment | Date Received | Loan No. | Payment |
|---|---|---|---|---|---|
| 04/07/2023 | 1000 | 424.11 | 04/07/2023 | 1001 | 724.55 |

**TOTAL PAYMENT AMOUNT**     **$1,148.66**

## PAYMENTS DETAILS

| Loan Type | Loan No. | Paid | Principal | Interest | Late Fees |
|---|---|---|---|---|---|
| Private Loan | 1000 | 424.11 | 0.00 | 424.11 | 0.00 |
| Private Loan | 1001 | 724.55 | 0.00 | 724.55 | 0.00 |
| **TOTAL** | | **1,148.66** | **0.00** | **1,148.66** | **0.00** |

## PAYMENTS TO DATE

| Loan Type | Loan No. | Total Paid | Total Principal | Total Interest | Total Late Fees |
|---|---|---|---|---|---|
| Private Loan | 1000 | 833.96 | 0.00 | 833.96 | 0.00 |
| Private Loan | 1001 | 1,449.10 | 0.00 | 1,449.10 | 0.00 |
| **TOTAL** | | **2,283.06** | **0.00** | **2,283.06** | **0.00** |

Phone Number ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ (800) 050-5314

📝 **Comment**

**Current:**

FCRA dispute resolved - consumer disagrees ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

**Previous:**

None

---

## DISCOVER STUDENT LOANS            **EXHIBIT A**

POTENTIALLY NEGATIVE

📇 **Account Info**

| | | | |
|---|---|---|---|
| Account Name | DISCOVER STUDENT LOANS | Balance | - |
| Account Number | 110030XXXXXXXXX | Balance Updated | - |
| Account Type | Education | Recent Payment | - |
| Responsibility | Joint with JOHN M LONIE | Monthly Payment | - |
| Date Opened | 12/21/2018 | Original Balance | $23,107 |
| Status | Paid, Closed. $31,577 written off. | Highest Balance | - |
| Status Updated | Sep 2024 | Terms | 180 Months |

💲 **Payment History**

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | CO | CO | CO | CO | CO | CO | CO | CO | CO | — | — | — |
| 2023 | 30 | 60 | 90 | 90 | 90 | 90 | ✔ | ✔ | 30 | 60 | 90 | CO |
| 2022 | — | — | — | — | — | — | — | — | — | — | ✔ | 30 |

| | | | |
|---|---|---|---|
| ✔ | Current / Terms met | 30 | Past due 30 days |
| 60 | Past due 60 days | 90 | Past due 90 days |
| CO | Charge off | | |

**Payment history guide**

Charge Off as of Sep 2024, Aug 2024, Jul 2024, Jun 2024, May 2024, Apr 2024, Mar 2024, Feb 2024, Jan 2024, Dec 2023

90 days past due as of Nov 2023, Jun 2023, May 2023, Apr 2023, Mar 2023

60 days past due as of Oct 2023, Feb 2023

30 days past due as of Sep 2023, Jan 2023, Dec 2022


 **Balance Histories**

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| Sep 2024 | $31,577 | $0 | $0 on 11/23/2023 |
| Jun 2024 | $31,577 | $0 | $0 on 7/26/2023 |
| May 2024 | $31,577 | $0 | $0 on 7/26/2023 |
| Apr 2024 | $31,577 | $0 | $0 on 7/26/2023 |
| Mar 2024 | $31,577 | $0 | $0 on 7/26/2023 |
| Mar 2024 | $31,577 | $0 | $0 on 11/23/2023 |
| Sep 2023 | $30,375 | $382 | $1,859 on 7/26/2023 |
| Jun 2023 | $31,514 | $370 | $355 on 6/30/2023 |
| May 2023 | $31,564 | $370 | $231 on 5/4/2023 |
| Apr 2023 | $31,479 | $370 | $424 on 4/7/2023 |
| Mar 2023 | $31,597 | $365 | $0 on 1/6/2023 |

**Additional info**

The original amount of this account was $23,107

 **Contact Info**

| Address | PO BOX 30948,<br>SALT LAKE CITY UT 84130 |
|---------|------------------------------------------|
| Phone Number | (800) 973-4064 |

 **Comment**

**Current:**

Account previously in dispute - investigation complete, reported by data furnisher

**Previous:**

Account previously in dispute - investigation complete, reported by data furnisher

Mar 2024 to Jun 2024, Sep 2023

Payment Deferred.

Sep 2022 to Oct 2022, Mar 2022 to Jun 2022



### Your Statement

**ITEM IN DISPUTE BY CONSUMER**



### Reinvestigation Info

**This item was updated from our processing of your dispute in Mar 2025.**

# DISCOVER STUDENT LOANS

**POTENTIALLY NEGATIVE**



### Account Info

| | | | |
|---|---|---|---|
| Account Name | **DISCOVER STUDENT LOANS** | Balance | - |
| Account Number | **110030XXXXXXXXX** | Balance Updated | - |
| Account Type | **Education** | Recent Payment | - |
| Responsibility | **Joint with JOHN M LONIE** | Monthly Payment | - |
| Date Opened | **08/15/2019** | Original Balance | **$47,306** |
| Status | **Paid, Closed. $62,855 written off.** | Highest Balance | - |
| Status Updated | **Sep 2024** | Terms | **180 Months** |

### Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | CO | CO | CO | CO | CO | CO | CO | CO | CO | — | — | — |
| 2023 | 30 | 60 | 90 | 90 | 90 | 90 | ✔ | ✔ | 30 | 60 | 90 | CO |
| 2022 | — | — | — | — | — | — | — | — | — | — | ✔ | 30 |

| | | | |
|---|---|---|---|
| ✔ | Current / Terms met | 30 | Past due 30 days |
| 60 | Past due 60 days | 90 | Past due 90 days |
| CO | Charge off | | |

**Payment history guide**

Charge Off as of Sep 2024, Aug 2024, Jul 2024, Jun 2024, May 2024, Apr 2024, Mar 2024, Feb 2024, Jan 2024, Dec 2023

90 days past due as of Nov 2023, Jun 2023, May 2023, Apr 2023, Mar 2023

60 days past due as of Oct 2023, Feb 2023

30 days past due as of Sep 2023, Jan 2023, Dec 2022

 **Balance Histories**

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| Sep 2024 | $62,855 | $0 | $0 on 7/26/2023 |
| Jun 2024 | $62,855 | $0 | $0 on 7/26/2023 |
| May 2024 | $62,855 | $0 | $0 on 7/26/2023 |
| Apr 2024 | $62,855 | $0 | $0 on 7/26/2023 |
| Mar 2024 | $62,855 | $0 | $0 on 7/26/2023 |
| Mar 2024 | $62,855 | $0 | $0 on 7/26/2023 |
| Sep 2023 | $60,225 | $802 | $3,905 on 7/26/2023 |
| Jun 2023 | $62,577 | $778 | $768 on 6/30/2023 |
| May 2023 | $62,684 | $778 | $768 on 5/4/2023 |
| Apr 2023 | $62,769 | $778 | $724 on 4/7/2023 |
| Mar 2023 | $62,832 | $768 | $0 on 1/6/2023 |

**Additional info**

The original amount of this account was $47,306

 **Contact Info**

| Address | PO BOX 30948,<br>SALT LAKE CITY UT 84130 |
|---------|------------------------------------------|
| Phone Number | (800) 973-4064 |

 **Comment**

**Current:**

Account previously in dispute - investigation complete, reported by data furnisher

**Previous:**

Account previously in dispute - investigation complete, reported by data furnisher

Mar 2024 to Jun 2024, Sep 2023

 **DISCOVER®**

# Exhibit B1

**STUDENT LOANS**

Account number 100303054206031

Page 1 of 4

Login to your account at
DiscoverStudentLoans.com

## PAYMENT INFORMATION
as of 04/02/2023

| Minimum Payment Due | $5,555.04 |
|---|---|
| If received on or before 04/25/2023 | |

| Payments Received since 03/02/2023 | | |
|---|---|---|
| Principal: | $ | 0.00 |
| Interest: | $ | 0.00 |
| Late Fees: | $ | 0.00 |
| Total Payment Received: | $ | 0.00 |

**Questions? Contact us 24/7**

 1-800-STUDENT
TDD (1-800-223-5614)

 DiscoverStudentLoans.com

Due to timing of statement generation, payments and other loan updates may not be reflected until your next statement if posted after the statement is generated. Visit DiscoverStudentLoans.com/Statement for more information on how to read your statement.

### LOAN DETAILS AS OF 04/02/2023
Loan(s) currently due for payment

| Loan Type | Loan No. | Loan Status | Interest Rate | Loan Balance (Principal + Interest) | Unpaid Accrued Interest Balance | Unpaid Deferred Interest Balance | Amount Past Due | Total Amount Due |
|---|---|---|---|---|---|---|---|---|
| Private Loan[1][2] | 1000 | REPAY | 12.215% | 31,617.92 | 1,144.44 | 0.00 | 1,376.27 | 1,746.88 |
| Private Loan[1][2] | 1001 | REPAY | 13.365% | 62,876.49 | 2,663.62 | 0.00 | 3,030.11 | 3,808.16 |
| **TOTAL** | | | | **94,494.41** | **3,808.06** | **0.00** | **4,406.38** | **5,555.04** |

**Change in Total Debt (Principal & Interest) Since Last Statement: +$981.61**
Note: A decrease will appear as a negative (-), an increase will appear as positive (+).
**Loan Balance (Principal + Total Interest):** Sum of your outstanding principal balance, Unpaid Accrued Interest Balance and Unpaid Deferred Interest Balance, as of the date of this statement.
**Unpaid Accrued Interest Balance:** Interest that has been charged to your loan (excludes Unpaid Deferred Interest).
**Unpaid Deferred Interest Balance:** Interest that has been charged to your loan which will capitalize and be added to your principal balance following

### IMPORTANT ACCOUNT INFORMATION

Make checks payable to Discover Student Loans.
Please fold on the perforation below, detach and return with your payment.

**See reverse side for Important Information about your account.**

---

**Payment Coupon**
Please do not fold, clip or staple.

 **Pay Online** DiscoverStudentLoans.com    **Pay by Phone** 1-800-STUDENT

| Account Number | 10030305420603 |
|---|---|
| Minimum Payment Due | $5,555.04 |
| **Payment Due Date** | 04/25/2023 |
| **Amount Enclosed** | $ |

|ılı|ılı|ıl••ı•ıl|lll••ıl|ıllıl|••ı•ı•ı|ı|ıl|ı||ılıl|ıl|

Lynne Lonie
1731 Coleman St
Brooklyn, NY 11234-4312



**Paying More Than the Minimum Payment Due?**
☐ Check this box if you want to apply the extra amount to specific loans.
See reverse side for instructions.

To apply the extra amount to your loan with the highest interest rate, no action is necessary.

DISCOVER STUDENT LOANS
PO Box 71053
PHILADELPHIA, PA 19176-6053
|ıl|ıııı|ıl|lll|ıl|ıll|ıl|ııı|ıı||lllıı||ıl||ı•l|ıllıı

0000790090001003030542060310064700100303054200005555040

# Information About Your Student Loan Account

See your promissory note which contains all the terms of your loan. Visit DiscoverStudentLoans.com/Statement for information on how to read your statement.

## PAYMENT INFORMATION

Visit DiscoverStudentLoans.com for more information about making payments on your student loans. Payment options include:

- Pay online at DiscoverStudentLoans.com.
- Have monthly payments that are automatically deducted from your checking or savings account. You will receive loan statements online and the Auto Debit Amount will be deducted on your Auto Debit Date.
- Pay by phone using our payment service at 1-800-STUDENT (1-800-788-3368). You will need your loan statement, bank account information and the last four digits of your Social Security number. This information will serve as your electronic signature and your consent to authorize Discover to electronically debit the account on the date you designate and to debit or credit that designated account to correct any applicable payment processing errors. Please ensure there are sufficient funds available in your designated account at the time your payment(s) are processed to keep your account in good standing. All transactions must comply with US law. For payments dated for the same day, once it is submitted it cannot be canceled. To cancel payments dated in the future, notify us up to 5:00 pm ET the day of the scheduled payment. Complete the information below and keep this for your records.

Designate an option and fill in the blanks: ☐ Minimum Payment Due
☐ Other Amount $ _____. ___ Payment Due Date _____
Bank Account # _____ Bank Routing # _____

- Mail your payment. Send your payment coupon with a check or money order payable to Discover Student Loans. **DO NOT SEND CASH**. Sending cash payments is not allowed. If your payment is returned unpaid, we reserve the right to resubmit it as an electronic debit.

## ADDITIONAL INFORMATION

- To retain applicable borrower benefits, your payment must be received no later than the payment due date. Late payments may result in loss of or impairment of eligibility for borrower benefits, including interest rate reductions for automatic or on-time payments, cosigner release and other programs. Eligibility for borrower benefits also may be terminated or delayed during periods of non-payment, including deferment or forbearance, if payments are returned for insufficient funds, or if the loan is delinquent and/or defaults. See applicable benefit program terms and conditions at DiscoverStudentLoans.com or call us at 1-800-STUDENT (1-800-788-3368).
- Interest cannot be paid until it accrues on your loan.
- We will send you a quarterly statement for any of your loan(s) that are in an in school, grace, deferment or forbearance status.

## HOW WE CALCULATE INTEREST

The Daily Simple Interest Method is used to calculate the interest on your account. It is calculated by multiplying the current principal balance by the interest rate of the loan and dividing by the number of days in a year. This will give you one day's interest accrual on your principal balance. Using this method, the daily interest accrual goes down as your principal balance is reduced.

## HOW TO MAKE PAYMENTS WITH DIFFERENT DUE DATES

To make a single payment for loans with different due dates, please include all applicable payment coupons with your payment.

## HAVING FINANCIAL DIFFICULTY?

We have options to help temporarily manage your student loan payments. For more information, please visit Discover.com/student-loans/repayment/customer/payment-options or call us at 1-800-STUDENT anytime 24/7.

## HOW MONTHLY PAYMENTS ARE APPLIED

For more information on how your payments are applied, review the Payment Details section on your statement, visit DiscoverStudentLoans.com/Statement, or call us at 1-800-STUDENT. In general, payments are applied in order of fees (if applicable), accrued interest, and then principal (which includes capitalized interest).

**If a payment meets the Minimum Payment Due,** it will be applied to interest, accrued through the day before payment is received, and the remainder to principal.

**If a payment is less than the Minimum Payment Due,** it will be applied first to past due amounts, starting with the most delinquent loan amount and any late fees (if applicable). Payments will then be applied, based on the terms outlined in the promissory note(s), to loan(s) that authorize the collection of late fees, and then toward the remaining Minimum Payment Due amount. Paying less than the Minimum Payment Due may result in a delinquency on your loan(s). You can also direct underpayments to specific loans by noting your allocation (application) instructions on your payment coupon.

**If a payment is more than the Minimum Payment Due** and you don't choose to advance your payment due date, your payment will be applied first to the Minimum Payment Due and then toward the remaining balance on the highest interest rate loan in repayment on the statement or the highest balance loan in repayment (if loans have the same rate). Overpayments made after your statement due date and before your next statement may reduce the Minimum Payment Due on that next statement. You can also direct overpayments to specific loans via your payment coupon, your secure account at DiscoverStudentLoans.com or 1-800-STUDENT. To pay off a loan and obtain the payoff amount, log in at DiscoverStudentLoans.com.

**If you choose to advance your payment due date,** your overpayment will first pay your Minimum Payment Due in full. The remainder will be applied to your loan balance(s), and interest will continue to accrue on the remaining balance(s). The payment due date will be advanced as many months as the payment fully covers, and will show $0 due for the number of months that are paid ahead. If the overpayment amount is not able to pay ahead the entire Minimum Payment Due for a loan, the remaining Minimum Payment Due on the next statement will be reduced accordingly. For accounts with multiple loans on one statement, the overpayment will be applied to align all loans to the same paid ahead date, where possible.

**If you chose an in-school repayment option** and make an overpayment while in school or during the grace period, your payment will first pay your Minimum Payment Due, and then any outstanding accrued interest as of the day your payment is received, in order of highest interest rate loan, regardless if payment is due. The remainder is applied to your principal balance, in order of highest interest rate loan, regardless if payment is due.

**For customers receiving multiple statements,** payments are applied to the loans associated with the account number on the statement coupon.

## CREDIT REPORTING

Each month we report the status of your loan(s) to consumer credit reporting agencies. If you do not make your student loan payments, as required by your promissory note(s), your loan(s) will become delinquent.

## WHAT TO DO IF YOU THINK YOU MAY HAVE FOUND A MISTAKE

If you think there is an error on your statement or you believe a prior payment was applied incorrectly, call us at 1-800-STUDENT anytime 24/7.

DSL202104

---

**Address, e-mail or telephone changed?**

Address _____

City _____ State _____ Zip _____

E-Mail Address _____

Phone _____ - _____ - _____ ☐ Land Line ☐ Mobile

**Phone Consent**
By providing your phone numbers, you agree that Discover, its affiliates and agents may call you at these numbers. If this is a cell phone number you agree that we may contact you using an automatic dialer, including pre-recorded messages and/or text messages, even if your cell phone provider may charge you for calls according to your current plan.

To change your name, please call us at 1-800-STUDENT anytime 24/7.

---

### Paying More Than the Minimum Payment Due?

To apply your extra payment as described in How Monthly Payments Are Applied, no action is necessary. You may apply the extra amount differently when you log in to your secure account at DiscoverStudentLoans.com, call us at 1-800-STUDENT or select one of the options below.

☐ Apply to loan number _____

☐ Apply to the highest balance loan(s) in repayment

☐ Apply overpayment to advance payment due date

Please note that applying an overpayment to advance the payment due date is not an available option for loan(s) with an in-school repayment or for loan(s) in a deferred, grace, or forbearance status.

We do not accept payment instructions related to your extra payment written on the front of your payment coupon, a personal check or a separate piece of paper included with your payment.

# Exhibit C

## 4.2 DISCOVER STUDENT LOANS (CLOSED)

### Summary

Your debt-to-credit ratio represents the amount of credit you're using and generally makes up a percentage of your credit score. It's calculated by dividing an account's reported balance by its credit limit.

| Account Number | xxxxxxxxxx 1000 | Reported Balance | $0 |
|---|---|---|---|
| Account Status | CHARGE_OFF | Available Credit | |

### Account History

The tables below show up to 24 months historical data. If a table is blank, this data was not provided to Equifax.

**Balance**

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | | | | | | | | | | | $31,597 | $31,479 |
| 2024 | $31,564 | $31,514 | $31,514 | $30,333 | $30,957 | $31,258 | $31,577 | $31,577 | $31,577 | $31,577 | $31,577 | $31,577 |
| 2025 | $31,577 | | | | | | | | | | | |

**Scheduled Payment**

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | | | | | | | | | | | $365 | $370 |
| 2024 | $370 | $370 | $370 | $382 | $385 | $385 | | | | | | |
| 2025 | | | | | | | | | | | | |

**Actual Payment**

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | | | | | | | | | | | | $424 |
| 2024 | $231 | $355 | $355 | | | | | | | | | |
| 2025 | $0 | | | | | | | | | | | |

**Credit Limit**

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | | | | | | | | | | | | |
| 2024 | | | | | | | | | | | | |

2025

## Amount Past Due

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2023 | | | | | | | | | | | | |
| 2024 | | | | | | | | | | | | |
| 2025 | $29,922 | | | | | | | | | | | |

## Payment History

View up to 7 years of monthly payment history on this account. The numbers indicated in each month represent the number of days a payment was past due; the letters indicate other account events, such as bankruptcy or collections.

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2025 | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ |
| 2024 | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ |
| 2023 | **30** | **30** | **60** | **90** | **90** | **90** | ✔ | ▨ | ▨ | ▨ | ▨ | ▨ |
| 2022 | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ✔ | ✔ |
| 2021 | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ |
| 2020 | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ |
| 2019 | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ |
| 2018 | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ |

| ✔ Paid on Time | 30 30 Days Past Due | 60 60 Days Past Due | 90 90 Days Past Due | 120 120 Days Past Due |
|---|---|---|---|---|
| 150 150 Days Past Due | 180 180 Days Past Due | V Voluntary Surrender | F Foreclosure | C Collection Account |
| CO Charge-Off | B Included in Bankruptcy | R Repossession | TN Too New to Rate | ▨ No Data Available |

## Account Details

View detailed information about this account. Contact the creditor or lender if you have any questions about it.

| | | | |
|---|---|---|---|
| High Credit | | Payment Responsibility | JOINT_CONTRACTUAL_LIABILITY |
| Credit Limit | | Account Type | INSTALLMENT |
| Terms Frequency | MONTHLY | Term Duration | 180 MONTHS |
| Balance | $0 | Date Opened | Dec 21, 2018 |
| Amount Past Due | | Date Reported | Feb 07, 2025 |

Summary ⟩ Revolving ⟩ Mortgage ⟩ Installment ⟩ Other ⟩ Statements ⟩ Personal Info ⟩ Inquiries ⟩ Public Records ⟩ Collections

| | | | |
|---|---|---|---|
| **Actual Payment Amount** | | **Date of Last Payment** | Nov 2023 |
| **Date of Last Activity** | | **Scheduled Payment Amount** | $0 |
| **Months Reviewed** | 66 | **Delinquency First Reported** | Feb 2025 |
| **Activity Designator** | PAID | **Creditor Classification** | UNKNOWN |
| **Deferred Payment Start Date** | | **Charge Off Amount** | $31,577 |
| **Balloon Payment Date** | | **Balloon Payment Amount** | |
| **Loan Type** | Education Loan | **Date Closed** | Sep 2024 |
| **Date of First Delinquency** | Sep 24, 2023 | | |

## Comments

Account previously in dispute – now resolved by data furnisher

Paid charge off

Student loan

## Contact

DISCOVER STUDENT LOANS
PO Box 30948
Salt Lake City, UT  84130-0948
(800) 788-3368

## 4.3 DISCOVER STUDENT LOANS (CLOSED)

### Summary

Your debt-to-credit ratio represents the amount of credit you're using and generally makes up a percentage of your credit score. It's calculated by dividing an account's reported balance by its credit limit.

| Account Number | xxxxxxxxxx 1001 | Reported Balance | $0 |
|---|---|---|---|
| Account Status | CHARGE_OFF | Available Credit | |

### Account History

The tables below show up to 24 months historical data. If a table is blank, this data was not provided to Equifax.

**Balance**

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | | | | | | | | | | | $62,204 | $62,769 |
| 2024 | $62,684 | $62,577 | $62,577 | $60,770 | $61,480 | $62,167 | $62,855 | $62,855 | $62,855 | $62,855 | $62,855 | $62,855 |
| 2025 | $62,855 | | | | | | | | | | | |

**Scheduled Payment**

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | | | | | | | | | | | $768 | $778 |
| 2024 | $778 | $778 | $778 | $800 | $807 | $807 | | | | | | |
| 2025 | | | | | | | | | | | | |

**Actual Payment**

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | | | | | | | | | | | | $724 |
| 2024 | $768 | $768 | $768 | | | | | | | | | |
| 2025 | $0 | | | | | | | | | | | |

**Credit Limit**

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | | | | | | | | | | | | |
| 2024 | | | | | | | | | | | | |

2025

## Amount Past Due

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2023 | | | | | | | | | | | | |
| 2024 | | | | | | | | | | | | |
| 2025 | $59,248 | | | | | | | | | | | |

## Payment History

View up to 7 years of monthly payment history on this account. The numbers indicated in each month represent the number of days a payment was past due; the letters indicate other account events, such as bankruptcy or collections.

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2025 | | | | | | | | | | | | |
| 2024 | | | | | | | | | | | | |
| 2023 | 30 | 30 | 60 | 90 | 90 | 90 | ✓ | | | | | |
| 2022 | | | | | | | | | | | ✓ | ✓ |
| 2021 | | | | | | | | | | | | |
| 2020 | | | | | | | | | | | | |
| 2019 | | | | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| ✓ Paid on Time | 30 30 Days Past Due | 60 60 Days Past Due | 90 90 Days Past Due | 120 120 Days Past Due |
| 150 150 Days Past Due | 180 180 Days Past Due | V Voluntary Surrender | F Foreclosure | C Collection Account |
| CO Charge-Off | B Included in Bankruptcy | R Repossession | TN Too New to Rate | No Data Available |

## Account Details

View detailed information about this account. Contact the creditor or lender if you have any questions about it.

| | | | |
|---|---|---|---|
| High Credit | | Payment Responsibility | JOINT_CONTRACTUAL_LIABILITY |
| Credit Limit | | Account Type | INSTALLMENT |
| Terms Frequency | MONTHLY | Term Duration | 180 MONTHS |
| Balance | $0 | Date Opened | Aug 15, 2019 |
| Amount Past Due | | Date Reported | Feb 07, 2025 |
| Actual Payment Amount | | Date of Last Payment | Jul 2023 |

| | | | | |
|---|---|---|---|---|
| **Date of Last Activity** | | **Scheduled Payment Amount** | | $0 |
| **Months Reviewed** | 59 | **Delinquency First Reported** | | Feb 2025 |
| **Activity Designator** | PAID | **Creditor Classification** | | UNKNOWN |
| **Deferred Payment Start Date** | | **Charge Off Amount** | | $62,855 |
| **Balloon Payment Date** | | **Balloon Payment Amount** | | |
| **Loan Type** | Education Loan | **Date Closed** | | Sep 2024 |
| **Date of First Delinquency** | Sep 24, 2023 | | | |

## Comments

Account previously in dispute – now resolved by data furnisher

Paid charge off

Student loan

## Contact

DISCOVER STUDENT LOANS
PO Box 30948
Salt Lake City, UT  84130-0948
(800) 788-3368



**STUDENT LOANS**

Account Number 100303054206031

Page 3 of 4

### 1 **YOUR LOAN(S) HAS A PAST DUE PAYMENT**

Past Due amounts are due immediately. Please see the Loan Details for the past due amount. If you have not made your monthly payment, please do so today. Late payments, loan delinquencies and defaults may be reported to consumer credit reporting agencies and reflected on your credit report. If you would like to discuss payment arrangements, please call us anytime 24/7.

### 2 **YOUR INTEREST RATE HAS CHANGED**

As indicated in your loan disclosure(s), you have one or more variable rate loans listed above. The interest rate on a variable rate loan is tied to an index and will change periodically if the index (e.g. Prime, LIBOR, or T-Bill) changes. Due to a recent change to the rate index that applies to your loan, your contractual variable interest rate has changed. Your monthly payment has been adjusted to reflect the interest rate change. If you have any questions, please call us anytime 24/7.

Please note, if you are currently receiving a specific interest rate under an eligible repayment program or Servicemembers Civil Relief Act, the interest rate change may not take effect until you return to your contractual interest rate(s). Your variable rate cannot exceed the maximum rate established for your loan.

## PAYMENTS POSTED SINCE 03/02/2023 (For more information, see Payment Details)

The date of your individual payments reflects when we received your payment.

**TOTAL PAYMENT AMOUNT**          **$0.00**

### PAYMENTS DETAILS

| Loan Type | Loan No. | Paid | Principal | Interest | Late Fees |
|---|---|---|---|---|---|
| Private Loan | 1000 | 0.00 | 0.00 | 0.00 | 0.00 |
| Private Loan | 1001 | 0.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL** | | **0.00** | **0.00** | **0.00** | **0.00** |

### PAYMENTS TO DATE

| Loan Type | Loan No. | Total Paid | Total Principal | Total Interest | Total Late Fees |
|---|---|---|---|---|---|
| Private Loan | 1000 | 409.85 | 0.00 | 409.85 | 0.00 |
| Private Loan | 1001 | 724.55 | 0.00 | 724.55 | 0.00 |
| **TOTAL** | | **1,134.40** | **0.00** | **1,134.40** | **0.00** |

# Exhibit C

## 4.2 DISCOVER STUDENT LOANS (CLOSED)

### Summary

Your debt-to-credit ratio represents the amount of credit you're using and generally makes up a percentage of your credit score. It's calculated by dividing an account's reported balance by its credit limit.

| Account Number | xxxxxxxxxx 1000 | Reported Balance | $0 |
|---|---|---|---|
| Account Status | CHARGE_OFF | Available Credit | |

### Account History

The tables below show up to 24 months historical data. If a table is blank, this data was not provided to Equifax.

#### Balance

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | | | | | | | | | | | $31,597 | $31,479 |
| 2024 | $31,564 | $31,514 | $31,514 | $30,333 | $30,957 | $31,258 | $31,577 | $31,577 | $31,577 | $31,577 | $31,577 | $31,577 |
| 2025 | $31,577 | | | | | | | | | | | |

#### Scheduled Payment

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | | | | | | | | | | | $365 | $370 |
| 2024 | $370 | $370 | $370 | $382 | $385 | $385 | | | | | | |
| 2025 | | | | | | | | | | | | |

#### Actual Payment

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | | | | | | | | | | | | $424 |
| 2024 | $231 | $355 | $355 | | | | | | | | | |
| 2025 | $0 | | | | | | | | | | | |

#### Credit Limit

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | | | | | | | | | | | | |
| 2024 | | | | | | | | | | | | |

2025

## Amount Past Due

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2023 | | | | | | | | | | | | |
| 2024 | | | | | | | | | | | | |
| 2025 | $29,922 | | | | | | | | | | | |

## Payment History

View up to 7 years of monthly payment history on this account. The numbers indicated in each month represent the number of days a payment was past due; the letters indicate other account events, such as bankruptcy or collections.

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2025 | | | | | | | | | | | | |
| 2024 | | | | | | | | | | | | |
| 2023 | 30 | 30 | 60 | 90 | 90 | 90 | ✔ | | | | | |
| 2022 | | | | | | | | | | | ✔ | ✔ |
| 2021 | | | | | | | | | | | | |
| 2020 | | | | | | | | | | | | |
| 2019 | | | | | | | | | | | | |
| 2018 | | | | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| ✔ Paid on Time | **30** 30 Days Past Due | **60** 60 Days Past Due | **90** 90 Days Past Due | **120** 120 Days Past Due |
| **150** 150 Days Past Due | **180** 180 Days Past Due | **V** Voluntary Surrender | **F** Foreclosure | **C** Collection Account |
| **CO** Charge-Off | **B** Included in Bankruptcy | **R** Repossession | **TN** Too New to Rate | No Data Available |

## Account Details

View detailed information about this account. Contact the creditor or lender if you have any questions about it.

| | | | |
|---|---|---|---|
| **High Credit** | | **Payment Responsibility** | JOINT_CONTRACTUAL_LIABILITY |
| **Credit Limit** | | **Account Type** | INSTALLMENT |
| **Terms Frequency** | MONTHLY | **Term Duration** | 180 MONTHS |
| **Balance** | $0 | **Date Opened** | Dec 21, 2018 |
| **Amount Past Due** | | **Date Reported** | Feb 07, 2025 |

| | |
|---|---|
| **Actual Payment Amount** | |
| **Date of Last Activity** | |
| **Months Reviewed** | 66 |
| **Activity Designator** | PAID |
| **Deferred Payment Start Date** | |
| **Balloon Payment Date** | |
| **Loan Type** | Education Loan |
| **Date of First Delinquency** | Sep 24, 2023 |

| | |
|---|---|
| **Date of Last Payment** | Nov 2023 |
| **Scheduled Payment Amount** | $0 |
| **Delinquency First Reported** | Feb 2025 |
| **Creditor Classification** | UNKNOWN |
| **Charge Off Amount** | $31,577 |
| **Balloon Payment Amount** | |
| **Date Closed** | Sep 2024 |

## Comments

Account previously in dispute – now resolved by data furnisher

Paid charge off

Student loan

## Contact

DISCOVER STUDENT LOANS
PO Box 30948
Salt Lake City, UT  84130-0948
(800) 788-3368

## 4.3 DISCOVER STUDENT LOANS (CLOSED)

### Summary

Your debt-to-credit ratio represents the amount of credit you're using and generally makes up a percentage of your credit score. It's calculated by dividing an account's reported balance by its credit limit.

| Account Number | xxxxxxxxxx 1001 | Reported Balance | $0 |
|---|---|---|---|
| Account Status | CHARGE_OFF | Available Credit | |

### Account History

The tables below show up to 24 months historical data. If a table is blank, this data was not provided to Equifax.

#### Balance

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | | | | | | | | | | | $62,204 | $62,769 |
| 2024 | $62,684 | $62,577 | $62,577 | $60,770 | $61,480 | $62,167 | $62,855 | $62,855 | $62,855 | $62,855 | $62,855 | $62,855 |
| 2025 | $62,855 | | | | | | | | | | | |

#### Scheduled Payment

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | | | | | | | | | | | $768 | $778 |
| 2024 | $778 | $778 | $778 | $800 | $807 | $807 | | | | | | |
| 2025 | | | | | | | | | | | | |

#### Actual Payment

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | | | | | | | | | | | | $724 |
| 2024 | $768 | $768 | $768 | | | | | | | | | |
| 2025 | $0 | | | | | | | | | | | |

#### Credit Limit

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | | | | | | | | | | | | |
| 2024 | | | | | | | | | | | | |

Summary  Revolving  Mortgage  Installment  Other  Statements  Personal Info  Inquiries  Public Records  Collections

2025

## Amount Past Due

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2023 | | | | | | | | | | | | |
| 2024 | | | | | | | | | | | | |
| 2025 | $59,248 | | | | | | | | | | | |

## Payment History

View up to 7 years of monthly payment history on this account. The numbers indicated in each month represent the number of days a payment was past due; the letters indicate other account events, such as bankruptcy or collections.

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2025 | | | | | | | | | | | | |
| 2024 | | | | | | | | | | | | |
| 2023 | 30 | 30 | 60 | 90 | 90 | 90 | ✓ | | | | | |
| 2022 | | | | | | | | | | | ✓ | ✓ |
| 2021 | | | | | | | | | | | | |
| 2020 | | | | | | | | | | | | |
| 2019 | | | | | | | | | | | | |

| | | | |
|---|---|---|---|
| ✓ Paid on Time | 30 30 Days Past Due | 60 60 Days Past Due | 90 90 Days Past Due | 120 120 Days Past Due |
| 150 150 Days Past Due | 180 180 Days Past Due | V Voluntary Surrender | F Foreclosure | C Collection Account |
| CO Charge-Off | B Included in Bankruptcy | R Repossession | TN Too New to Rate | No Data Available |

## Account Details

View detailed information about this account. Contact the creditor or lender if you have any questions about it.

| | | | |
|---|---|---|---|
| High Credit | | Payment Responsibility | JOINT_CONTRACTUAL_LIABILITY |
| Credit Limit | | Account Type | INSTALLMENT |
| Terms Frequency | MONTHLY | Term Duration | 180 MONTHS |
| Balance | $0 | Date Opened | Aug 15, 2019 |
| Amount Past Due | | Date Reported | Feb 07, 2025 |
| Actual Payment Amount | | Date of Last Payment | Jul 2023 |

EQUIFAX    LYNNE LONIE I Mar 05, 2025    Page 28 of 52

Summary | Revolving | Mortgage | Installment | Other | Statements | Personal Info | Inquiries | Public Records | Collections

| | | | |
|---|---|---|---|
| **Date of Last Activity** | | **Scheduled Payment Amount** | $0 |
| **Months Reviewed** | 59 | **Delinquency First Reported** | Feb 2025 |
| **Activity Designator** | PAID | **Creditor Classification** | UNKNOWN |
| **Deferred Payment Start Date** | | **Charge Off Amount** | $62,855 |
| **Balloon Payment Date** | | **Balloon Payment Amount** | |
| **Loan Type** | Education Loan | **Date Closed** | Sep 2024 |
| **Date of First Delinquency** | Sep 24, 2023 | | |

## Comments

Account previously in dispute – now resolved by data furnisher

Paid charge off

Student loan

## Contact

DISCOVER STUDENT LOANS
PO Box 30948
Salt Lake City, UT  84130-0948
(800) 788-3368

 **DISCOVER®**

# **Exhibit B4**

**STUDENT LOANS**

Account number: 100303054206031
Page 1 of 4
Login to your account at
DiscoverStudentLoans.com

## PAYMENT INFORMATION    as of 09/02/2023

| Minimum Payment Due | $2,368.46 |
|---|---|
| If received on or before 09/25/2023 | |

**Questions? Contact us 24/7**

 1-800-STUDENT
TDD (1-800-223-5614)

DiscoverStudentLoans.com

| Payments Received since 08/02/2023 | | |
|---|---|---|
| Principal: | $ | 0.00 |
| Interest: | $ | 0.00 |
| Late Fees: | $ | 0.00 |
| Total Payment Received: | $ | 0.00 |

Due to timing of statement generation, payments and other loan updates may not be reflected until your next statement if posted after the statement is generated. Visit DiscoverStudentLoans.com/Statement for more information on how to read your statement.

### LOAN DETAILS AS OF 09/02/2023                                   Loan(s) currently due for payment

| Loan Type | Loan No. | Loan Status | Interest Rate | Loan Balance (Principal+ Interest) | Unpaid Accrued Interest Balance | Unpaid Deferred Interest Balance | Amount Past Due | Total Amount Due |
|---|---|---|---|---|---|---|---|---|
| Private Loan [1] | 1000 | REPAY | 12.840% | 30,333.22 | 410.53 | 0.00 | 382.76 | 764.78 |
| Private Loan [1] | 1001 | REPAY | 13.990% | 60,134.42 | 885.66 | 0.00 | 802.70 | 1,603.68 |
| **TOTAL** | | | | **90,467.64** | **1,296.19** | **0.00** | **1,185.46** | **2,368.46** |

**Change in Total Debt (Principal & Interest) Since Last Statement: +$1,030.31**
Note: A decrease will appear as a negative (-), an increase will appear as positive (+).
**Loan Balance (Principal + Total Interest):** Sum of your outstanding principal balance, Unpaid Accrued Interest Balance and Unpaid Deferred Interest Balance, as of the date of this statement.
**Unpaid Accrued Interest Balance:** Interest that has been charged to your loan (excludes Unpaid Deferred Interest).
**Unpaid Deferred Interest Balance:** Interest that has been charged to your loan which will capitalize and be added to your principal balance following periods of Deferment or Forbearance.
Payments will be applied to unpaid deferred interest and unpaid accrued interest before being applied to principal balance.

Make checks payable to Discover Student Loans.
Please fold on the perforation below, detach and return with your payment.

**See reverse side for Important Information about your account.**

---

 **Payment Coupon**
Please do not fold, clip or staple.

 **Pay Online**
DiscoverStudentLoans.com

**Pay by Phone**
1-800-STUDENT

| Account Number | 10030305420603 |
|---|---|
| Minimum Payment Due | $2,368.46 |
| Payment Due Date | 09/25/2023 |
| Amount Enclosed | $ |

Lynne Lonie
1731 Coleman St
Brooklyn, NY 11234-4312



**Paying More Than the Minimum Payment Due?**
☐ Check this box if you want to apply the extra amount to specific loans.
See reverse side for instructions.

To apply the extra amount to your loan with the highest interest rate, no action is necessary.

DISCOVER STUDENT LOANS
PO Box 71053
PHILADELPHIA, PA 19176-6053

0000790090001003030542060310064700100303054200002368460

See your promissory note which contains all the terms of your loan. Visit DiscoverStudentLoans.com/Statement for information on how to read your statement.

## PAYMENT INFORMATION

Visit DiscoverStudentLoans.com for more information about making payments on your student loans. Payment options include:

- Pay online.
- Have monthly payments that are automatically deducted from your checking or savings account. You will receive loan statements online and the Auto Debit Amount will be deducted on your Auto Debit Date.
- Pay by phone using our payment service at 1-800-STUDENT. You will need your loan statement, bank account information and the last four digits of your Social Security number. This information will serve as your electronic signature and your consent to authorize Discover to electronically debit the account on the date you designate and to debit or credit that designated account to correct any applicable payment processing errors. For payments dated for the same day, once it is submitted it cannot be canceled. To cancel payments dated in the future, notify us up to 5:00 pm ET the day of the scheduled payment. Complete the information below and keep this for your records.

Designate an option and fill in the blanks: ☐ Minimum Payment Due
☐ Other Amount $ —————— . —— Payment Due Date —————
Bank Account # ——————  Bank Routing # —————

- Mail payment. Send your payment coupon with a check or money order payable to Discover Student Loans. **DO NOT SEND CASH**. Sending cash payments is not allowed. The processing of your check or money order may be delayed if you include other items with your payment, if you send the payment to any address other than the one on the payment coupon, or if you use an envelope other than the one provided. If your payment is returned unpaid, we reserve the right to resubmit it as an electronic debit.
- If you think there is an error on your statement or you believe a prior payment was applied incorrectly, call us at 1-800-STUDENT anytime 24/7.

## ADDITIONAL INFORMATION

- To retain applicable borrower benefits, your payment must be received no later than the payment due date. Late payments may result in loss of or impairment of eligibility for borrower benefits, including interest rate reductions for automatic or on-time payments, cosigner release and other programs. Eligibility for borrower benefits also may be terminated or delayed during periods of non-payment, including deferment or forbearance, if payments are returned for insufficient funds, or if the loan is delinquent and/or defaults. See applicable benefit terms and conditions at DiscoverStudentLoans.com or call us at 1-800-STUDENT.
- Interest cannot be paid until it accrues on your loan.
- We will send you a quarterly statement for any of your loan(s) that are in an in school, grace, deferment or forbearance status.

## HOW WE CALCULATE INTEREST

The Daily Simple Interest Method is used to calculate the interest on your account. It is calculated by multiplying the current principal balance by the interest rate of the loan and dividing by the number of days in a year. This will give you one day's interest accrual on your principal balance. Using this method, the daily interest accrual goes down as your principal balance is reduced.

## HOW TO MAKE PAYMENTS WITH DIFFERENT DUE DATES

To make a single payment for loans with different due dates, please include all applicable payment coupons with your payment.

## HAVING FINANCIAL DIFFICULTY?

We have options to help temporarily manage your student loan payments. For more information, please visit Discover.com/student-loans-/repayment/customer/payment-options or call us at 1-800-STUDENT.

## HOW MONTHLY PAYMENTS ARE APPLIED

For more information on how your payments are applied, review the Payment Details section on your statement, visit DiscoverStudentLoans.com/Statement, or call us at 1-800-STUDENT. In general, payments are applied in order of fees (if applicable), accrued interest, and then principal (which includes capitalized interest).

**If a payment meets the Minimum Payment Due,** it will be applied to interest, accrued through the day before payment is received, and the remainder to principal.

**If a payment is less than the Minimum Payment Due,** it will be applied first to past due amounts, starting with the most delinquent loan amount and any late fees (if applicable). Payments will then be applied, based on the terms outlined in the promissory note(s), to loan(s) that authorize the collection of late fees, and then toward the remaining Minimum Payment Due amount. Paying less than the Minimum Payment Due may result in a delinquency on your loan(s). You can also direct underpayments to specific loans by noting your allocation (application) instructions on your payment coupon.

**If a payment is more than the Minimum Payment Due** and you don't choose to advance your payment due date, your payment will be applied first to the Minimum Payment Due and then toward the remaining balance on the highest interest rate loan in repayment on the statement or the highest balance loan in repayment (if loans have the same rate). Overpayments made after your statement due date and before your next statement may reduce the Minimum Payment Due on that next statement. You can also direct overpayments to specific loans via your payment coupon, your secure account at DiscoverStudentLoans.com or 1-800-STUDENT. To pay off a loan and obtain the payoff amount, log in at DiscoverStudentLoans.com.

**If you choose to advance your payment due date,** your overpayment will first pay your Minimum Payment Due in full. The remainder will be applied to your loan balance(s), and interest will continue to accrue on the remaining balance(s). The payment due date will be advanced as many months as the payment fully covers, and will show $0 due for the number of months that are paid ahead. If the overpayment amount is not able to pay ahead the entire Minimum Payment Due for a loan, the remaining Minimum Payment Due on the next statement will be reduced accordingly. For accounts with multiple loans on one statement, the overpayment will be applied to align all loans to the same paid ahead date, where possible.

**If you chose an in-school repayment option** and make an overpayment while in school or during the grace period, your payment will first pay your Minimum Payment Due, and then any outstanding accrued interest as of the day your payment is received, in order of highest interest rate loan, regardless if payment is due. The remainder is applied to your principal balance, in order of highest interest rate loan, regardless if payment is due.

**For customers receiving multiple statements,** payments are applied to the loans associated with the account number on the statement coupon.

## CREDIT REPORTING

Each month we report the status of your loan(s) to consumer credit reporting agencies. If you do not make your student loan payments, as required by your promissory note(s), your loan(s) will become delinquent.

---

### Address, e-mail or telephone changed?

Address _____

City _____  State _____  Zip _____

E-Mail Address _____

Phone _____ - _____ - _____    ☐ Land Line  ☐ Mobile

**Phone Consent**

By providing your phone numbers, you agree that Discover, its affiliates and agents may call you at these numbers. If this is a cell phone number you agree that we may contact you using an automatic dialer, including pre-recorded messages and/or text messages, even if your cell phone provider may charge you for calls according to your current plan.

To change your name, please call us at 1-800-STUDENT anytime 24/7.

### Paying More Than the Minimum Payment Due?

To apply your extra payment as described in How Monthly Payments Are Applied, no action is necessary. You may apply the extra amount differently when you log in to your secure account at DiscoverStudentLoans.com, call us at 1-800-STUDENT or select one of the options below.

☐ Apply to loan number _____

☐ Apply to the highest balance loan(s) in repayment

☐ Apply overpayment to advance payment due date

Please note that applying an overpayment to advance the payment due date is not an available option for loan(s) with an in-school repayment or for loan(s) in a deferred, grace or forbearance status.

We do not accept payment instructions related to your extra payment written on the front of your payment coupon, a personal check or a separate piece of paper included with your payment.



**DISCOVER®**

STUDENT LOANS
Account Number: 100303054206031
Page 3 of 4

## IMPORTANT ACCOUNT INFORMATION

**1 YOUR LOAN(S) HAS A PAST DUE PAYMENT**

Past Due amounts are due immediately. Please see the Loan Details for the past due amount. If you have not made your monthly payment, please do so today. Late payments, loan delinquencies and defaults may be reported to consumer credit reporting agencies and reflected on your credit report. If you would like to discuss payment arrangements, please call us anytime 24/7.

## PAYMENTS POSTED SINCE 08/02/2023 (For more information, see Payment Details)

The date of your individual payments reflects when we received your payment.

**TOTAL PAYMENT AMOUNT**      $0.00

### PAYMENTS DETAILS

| Loan Type | Loan No. | Paid | Principal | Interest | Late Fees |
|-----------|----------|------|-----------|----------|-----------|
| Private Loan | 1000 | 0.00 | 0.00 | 0.00 | 0.00 |
| Private Loan | 1001 | 0.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL** | | **0.00** | **0.00** | **0.00** | **0.00** |

### PAYMENTS TO DATE

| Loan Type | Loan No. | Total Paid | Total Principal | Total Interest | Total Late Fees |
|-----------|----------|------------|-----------------|----------------|-----------------|
| Private Loan | 1000 | 3,280.71 | 550.79 | 2,729.92 | 0.00 |
| Private Loan | 1001 | 6,891.51 | 964.11 | 5,927.40 | 0.00 |
| **TOTAL** | | **10,172.22** | **1,514.90** | **8,657.32** | **0.00** |

 **DISCOVER®**

# Exhibit C1

STUDENT LOANS

Account number: 100303054206031
Page 1 of 4
Login to your account at
DiscoverStudentLoans.com

## PAYMENT INFORMATION    as of 11/02/2023

| Minimum Payment Due | $4,754.92 |
|---|---|
| If received on or before 11/25/2023 | |

**Questions? Contact us 24/7**

 1-800-STUDENT
TDD (1-800-223-5614)

DiscoverStudentLoans.com

| Payments Received since 10/02/2023 | | |
|---|---|---|
| Principal: | $ | 0.00 |
| Interest: | $ | 0.00 |
| Late Fees: | $ | 0.00 |
| Total Payment Received: | $ | 0.00 |

Due to timing of statement generation, payments and other loan updates may not be reflected until your next statement if posted after the statement is generated. Visit DiscoverStudentLoans.com/Statement for more information on how to read your statement.

### LOAN DETAILS AS OF 11/02/2023                                   Loan(s) currently due for payment

| Loan Type | Loan No. | Loan Status | Interest Rate | Loan Balance (Principal+ Interest) | Unpaid Accrued Interest Balance | Unpaid Deferred Interest Balance | Amount Past Due | Total Amount Due |
|---|---|---|---|---|---|---|---|---|
| Private Loan [1] | 1000 | REPAY | 12.965% | 30,978.70 | 1,056.01 | 0.00 | 1,150.10 | 1,535.42 |
| Private Loan [1] | 1001 | REPAY | 14.115% | 61,526.39 | 2,277.63 | 0.00 | 2,411.59 | 3,219.50 |
| **TOTAL** | | | | **92,505.09** | **3,333.64** | **0.00** | **3,561.69** | **4,754.92** |

**Change in Total Debt (Principal & Interest) Since Last Statement:  +$1,039.77**
Note: A decrease will appear as a negative (-), an increase will appear as positive (+).
**Loan Balance (Principal + Total Interest):** Sum of your outstanding principal balance, Unpaid Accrued Interest Balance and Unpaid Deferred Interest Balance, as of the date of this statement.
**Unpaid Accrued Interest Balance:** Interest that has been charged to your loan (excludes Unpaid Deferred Interest).
**Unpaid Deferred Interest Balance:** Interest that has been charged to your loan which will capitalize and be added to your principal balance following periods of Deferment or Forbearance.
Payments will be applied to unpaid deferred interest and unpaid accrued interest before being applied to principal balance.

Make checks payable to Discover Student Loans.
Please fold on the perforation below, detach and return with your payment.

**See reverse side for Important Information about your account.**

---

 **Payment Coupon**
Please do not fold, clip or staple.

 **Pay Online**
DiscoverStudentLoans.com

**Pay by Phone**
1-800-STUDENT

| Account Number | 10030305420603 |
|---|---|
| Minimum Payment Due | $4,754.92 |
| Payment Due Date | 11/25/2023 |
| Amount Enclosed | $ |

Ει|Ιι|Ι|ιιιΙΙιΙ|ιΙ|ιΙιιιΙ|ιΙιιιΙ|ΙΙ|ιιΙ

Lynne Lonie
1731 Coleman St
Brooklyn, NY 11234-4312



DISCOVER STUDENT LOANS
PO Box 71053
PHILADELPHIA, PA 19176-6053
ΙΙ|ιΙιιΙ|Ι|ιΙιιιΙ|ιιιΙΙ|ιΙ|ιΙιΙ|ιΙΙ|ιΙιΙΙιιΙιΙ|ιΙ|ι

☐ **Paying More Than the Minimum Payment Due?**
Check this box if you want to apply the extra amount to specific loans.
See reverse side for instructions.

To apply the extra amount to your loan with the highest interest rate, no action is necessary.

0000790090001003030542060310064700100303054200004754920

See your promissory note which contains all the terms of your loan. Visit DiscoverStudentLoans.com/Statement for information on how to read your statement.

## PAYMENT INFORMATION

Visit DiscoverStudentLoans.com for more information about making payments on your student loans. Payment options include:

- Pay online.
- Have monthly payments that are automatically deducted from your checking or savings account. You will receive loan statements online and the Auto Debit Amount will be deducted on your Auto Debit Date.
- Pay by phone using our payment service at 1-800-STUDENT. You will need your loan statement, bank account information and the last four digits of your Social Security number. This information will serve as your electronic signature and your consent to authorize Discover to electronically debit the account on the date you designate and to debit or credit that designated account to correct any applicable payment processing errors. For payments dated for the same day, once it is submitted it cannot be canceled. To cancel payments dated in the future, notify us up to 5:00 pm ET the day of the scheduled payment. Complete the information below and keep this for your records.

Designate an option and fill in the blanks: ☐ Minimum Payment Due
☐ Other Amount $ —————. —— Payment Due Date ——————
Bank Account # —————— Bank Routing # ——————

- Mail payment. Send your payment coupon with a check or money order payable to Discover Student Loans. **DO NOT SEND CASH.** Sending cash payments is not allowed. The processing of your check or money order may be delayed if you include other items with your payment, if you send the payment to any address other than the one on the payment coupon, or if you use an envelope other than the one provided. If your payment is returned unpaid, we reserve the right to resubmit it as an electronic debit.
- If you think there is an error on your statement or you believe a prior payment was applied incorrectly, call us at 1-800-STUDENT anytime 24/7.

## ADDITIONAL INFORMATION

- To retain applicable borrower benefits, your payment must be received no later than the payment due date. Late payments may result in loss of or impairment of eligibility for borrower benefits, including interest rate reductions for automatic or on-time payments, cosigner release and other programs. Eligibility for borrower benefits also may be terminated or delayed during periods of non-payment, including deferment or forbearance, if payments are returned for insufficient funds, or if the loan is delinquent and/or defaults. See applicable benefit program terms and conditions at DiscoverStudentLoans.com or call us at 1-800-STUDENT.
- Interest cannot be paid until it accrues on your loan.
- We will send you a quarterly statement for any of your loan(s) that are in an in school, grace, deferment or forbearance status.

## HOW WE CALCULATE INTEREST

The Daily Simple Interest Method is used to calculate the interest on your account. It is calculated by multiplying the current principal balance by the interest rate of the loan and dividing by the number of days in a year. This will give you one day's interest accrual on your principal balance. Using this method, the daily interest accrual goes down as your principal balance is reduced.

## HOW TO MAKE PAYMENTS WITH DIFFERENT DUE DATES

To make a single payment for loans with different due dates, please include all applicable payment coupons with your payment.

## HAVING FINANCIAL DIFFICULTY?

We have options to help temporarily manage your student loan payments. For more information, please visit Discover.com/student-loans/repayment/customer/payment-options or call us at 1-800-STUDENT.

## HOW MONTHLY PAYMENTS ARE APPLIED

For more information on how your payments are applied, review the Payment Details section on your statement, visit DiscoverStudentLoans.com/Statement, or call us at 1-800-STUDENT. In general, payments are applied in order of fees (if applicable), accrued interest, and then principal (which includes capitalized interest).

**If a payment meets the Minimum Payment Due,** it will be applied to interest, accrued through the day before payment is received, and the remainder to principal.

**If a payment is less than the Minimum Payment Due,** it will be applied first to past due amounts, starting with the most delinquent loan amount and any late fees (if applicable). Payments will then be applied, based on the terms outlined in the promissory note(s), to loan(s) that authorize the collection of late fees, and then toward the remaining Minimum Payment Due amount. Paying less than the Minimum Payment Due may result in a delinquency on your loan(s). You can also direct underpayments to specific loans by noting your allocation (application) instructions on your payment coupon.

**If a payment is more than the Minimum Payment Due** and you don't choose to advance your payment due date, your payment will be applied first to the Minimum Payment Due and then toward the remaining balance on the highest interest rate loan in repayment on the statement or the highest balance loan in repayment (if loans have the same rate). Overpayments made after your statement due date and before your next statement may reduce the Minimum Payment Due on that next statement. You can also direct overpayments to specific loans via your payment coupon, your secure account at DiscoverStudentLoans.com or 1-800-STUDENT. To pay off a loan and obtain the payoff amount, log in at DiscoverStudentLoans.com.

**If you choose to advance your payment due date,** your overpayment will first pay your Minimum Payment Due in full. The remainder will be applied to your loan balance(s), and interest will continue to accrue on the remaining balance(s). The payment due date will be advanced as many months as the payment fully covers, and will show $0 due for the number of months that are paid ahead. If the overpayment amount is not able to pay ahead the entire Minimum Payment Due for a loan, the remaining Minimum Payment Due on the next statement will be reduced accordingly. For accounts with multiple loans on one statement, the overpayment will be applied to align all loans to the same paid ahead date, where possible.

**If you chose an in-school repayment option** and make an overpayment while in school or during the grace period, your payment will first pay your Minimum Payment Due, and then any outstanding accrued interest as of the day your payment is received, in order of highest interest rate loan, regardless if payment is due. The remainder is applied to your principal balance, in order of highest interest rate loan, regardless if payment is due.

**For customers receiving multiple statements,** payments are applied to the loans associated with the account number on the statement coupon.

## CREDIT REPORTING

Each month we report the status of your loan(s) to consumer credit reporting agencies. If you do not make your student loan payments, as required by your promissory note(s), your loan(s) will become delinquent.

---

**Address, e-mail or telephone changed?**

Address _____

City _____ State _____ Zip _____

E-Mail Address _____

Phone ____ - ____ - ____ ☐ Land Line ☐ Mobile

**Phone Consent**
By providing your phone numbers, you agree that Discover, its affiliates and agents may call you at these numbers. If this is a cell phone number you agree that we may contact you using an automatic dialer, including pre-recorded messages and/or text messages, even if your cell phone provider may charge you for calls according to your current plan.

To change your name, please call us at 1-800-STUDENT anytime 24/7.

### Paying More Than the Minimum Payment Due?

To apply your extra payment as described in How Monthly Payments Are Applied, no action is necessary. You may apply the extra amount differently when you log in to your secure account at DiscoverStudentLoans.com, call us at 1-800-STUDENT or select one of the options below.

☐ Apply to loan number _____

☐ Apply to the highest balance loan(s) in repayment

☐ Apply overpayment to advance payment due date

Please note that applying an overpayment to advance the payment due date is not an available option for loan(s) with an in-school repayment or for loan(s) in a deferred, grace, or forbearance status.

We do not accept payment instructions related to your extra payment written on the front of your payment coupon, a personal check or a separate piece of paper included with your payment.



STUDENT LOANS

Account Number: 100303054206031

Page 3 of 4

## IMPORTANT ACCOUNT INFORMATION

**1 YOUR LOAN(S) HAS A PAST DUE PAYMENT**

Past Due amounts are due immediately. Please see the Loan Details for the past due amount. If you have not made your monthly payment, please do so today. Late payments, loan delinquencies and defaults may be reported to consumer credit reporting agencies and reflected on your credit report. If you would like to discuss payment arrangements, please call us anytime 24/7.

## PAYMENTS POSTED SINCE 10/02/2023 (For more information, see Payment Details)

The date of your individual payments reflects when we received your payment.

**TOTAL PAYMENT AMOUNT**         **$0.00**

### PAYMENTS DETAILS

| Loan Type | Loan No. | Paid | Principal | Interest | Late Fees |
|---|---|---|---|---|---|
| Private Loan | 1000 | 0.00 | 0.00 | 0.00 | 0.00 |
| Private Loan | 1001 | 0.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL** | | **0.00** | **0.00** | **0.00** | **0.00** |

### PAYMENTS TO DATE

| Loan Type | Loan No. | Total Paid | Total Principal | Total Interest | Total Late Fees |
|---|---|---|---|---|---|
| Private Loan | 1000 | 3,280.71 | 550.79 | 2,729.92 | 0.00 |
| Private Loan | 1001 | 6,891.51 | 964.11 | 5,927.40 | 0.00 |
| **TOTAL** | | **10,172.22** | **1,514.90** | **8,657.32** | **0.00** |

 **DISCOVER**

**Exhibit C2**

STUDENT LOANS

Account number: 100303054206031

Page 1 of 4
Login to your account at
DiscoverStudentLoans.com

## PAYMENT INFORMATION    as of 12/02/2023

| Minimum Payment Due | $5,930.09 |
|---|---|
| If received on or before 12/25/2023 | |

| Payments Received since 11/02/2023 | | |
|---|---|---|
| Principal: | $ | 0.00 |
| Interest: | $ | 18.06 |
| Late Fees: | $ | 0.00 |
| Total Payment Received: | $ | 18.06 |

**Questions? Contact us 24/7**

 1-800-STUDENT
TDD (1-800-223-5614)

 DiscoverStudentLoans.com

Due to timing of statement generation, payments and other loan updates may not be reflected until your next statement if posted after the statement is generated. Visit DiscoverStudentLoans.com/Statement for more information on how to read your statement.

## LOAN DETAILS AS OF 12/02/2023    Loan(s) currently due for payment

| Loan Type | Loan No. | Loan Status | Interest Rate | Loan Balance (Principal+ Interest) | Unpaid Accrued Interest Balance | Unpaid Deferred Interest Balance | Amount Past Due | Total Amount Due |
|---|---|---|---|---|---|---|---|---|
| Private Loan [1] | 1000 | REPAY | 12.965% | 31,279.50 | 1,356.81 | 0.00 | 1,517.36 | 1,902.68 |
| Private Loan [1] | 1001 | REPAY | 14.115% | 62,213.75 | 2,964.99 | 0.00 | 3,219.50 | 4,027.41 |
| **TOTAL** | | | | **93,493.25** | **4,321.80** | **0.00** | **4,736.86** | **5,930.09** |

**Change in Total Debt (Principal & Interest) Since Last Statement: +$988.16**
Note: A decrease will appear as a negative (-), an increase will appear as positive (+).
**Loan Balance (Principal + Interest):** Sum of your outstanding principal balance, Unpaid Accrued Interest Balance and Unpaid Deferred Interest Balance, as of the date of this statement.
**Unpaid Accrued Interest Balance:** Interest that has been charged to your loan (excludes Unpaid Deferred Interest).
**Unpaid Deferred Interest Balance:** Interest that has been charged to your loan which will capitalize and be added to your principal balance following periods of Deferment or Forbearance.
Payments will be applied to unpaid deferred interest and unpaid accrued interest before being applied to principal balance.

Make checks payable to Discover Student Loans.
Please fold on the perforation below, detach and return with your payment.

**See reverse side for Important Information about your account.**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

 **Payment Coupon** **Pay Online** **Pay by Phone**
Please do not fold, clip or staple. DiscoverStudentLoans.com 1-800-STUDENT

| Account Number | 10030305420603 |
|---|---|
| Minimum Payment Due | $5,930.09 |
| Payment Due Date | 12/25/2023 |
| Amount Enclosed | $ |

ıı|ıı|ıı|||ıı|ıı|ııı|ıı|ıı|ıı|ı|ı|ı|ı|ı|ı|ıı||||ıı|ıı

Lynne Lonie
1731 Coleman St
Brooklyn, NY 11234-4312



DISCOVER STUDENT LOANS
PO Box 71053
PHILADELPHIA, PA 19176-6053
ı|ı|ıı|ı||ıı|ı||ıı|ıı|ı|ıı|ı|ı||ı||ı||ı|||ıı|ıı|ıı|ı|ı|ı

**Paying More Than the Minimum Payment Due?**
☐ Check this box if you want to apply the extra amount to specific loans.
See reverse side for instructions.

To apply the extra amount to your loan with the highest interest rate,
no action is necessary.

0000790090001003030542060310064700100303054200005930090

See your promissory note which contains all the terms of your loan. Visit DiscoverStudentLoans.com/Statement for information on how to read your statement.

## PAYMENT INFORMATION

Visit DiscoverStudentLoans.com for more information about making payments on your student loans. Payment options include:

- Pay online.
- Have monthly payments that are automatically deducted from your checking or savings account. You will receive loan statements online and the Auto Debit Amount will be deducted on your Auto Debit Date.
- Pay by phone using our payment service at 1-800-STUDENT. You will need your loan statement, bank account information and the last four digits of your Social Security number. This information will serve as your electronic signature and your consent to authorize Discover to electronically debit the account on the date you designate and to debit or credit that designated account to correct any applicable payment processing errors. For payments dated for the same day, once it is submitted it cannot be canceled. To cancel payments dated in the future, notify us up to 5:00 pm ET the day of the scheduled payment. Complete the information below and keep this for your records.

Designate an option and fill in the blanks: ☐ Minimum Payment Due
☐ Other Amount $ —————— . ——— Payment Due Date ——————————
Bank Account # ———————————— Bank Routing # ——————————

- Mail payment. Send your payment coupon with a check or money order payable to Discover Student Loans. **DO NOT SEND CASH.** Sending cash payments is not allowed. The processing of your check or money order may be delayed if you include other items with your payment, if you send the payment to any address other than the one on the payment coupon, or if you use an envelope other than the one provided. If your payment is returned unpaid, we reserve the right to resubmit it as an electronic debit.
- If you think there is an error on your statement or you believe a prior payment was applied incorrectly, call us at 1-800-STUDENT anytime 24/7.

## ADDITIONAL INFORMATION

- To retain applicable borrower benefits, your payment must be received no later than the payment due date. Late payments may result in loss of or impairment of eligibility for borrower benefits, including interest rate reductions for automatic or on-time payments, cosigner release and other programs. Eligibility for borrower benefits also may be terminated or delayed during periods of non-payment, including deferment or forbearance, if payments are returned for insufficient funds, or if the loan is delinquent and/or defaults. See applicable benefit program terms and conditions at DiscoverStudentLoans.com or call us at 1-800-STUDENT.
- Interest cannot be paid until it accrues on your loan.
- We will send you a quarterly statement for any of your loan(s) that are in an in school, grace, deferment or forbearance status.

## HOW WE CALCULATE INTEREST

The Daily Simple Interest Method is used to calculate the interest on your account. It is calculated by multiplying the current principal balance by the interest rate of the loan and dividing by the number of days in a year. This will give you one day's interest accrual on your principal balance. Using this method, the daily interest accrual goes down as your principal balance is reduced.

## HOW TO MAKE PAYMENTS WITH DIFFERENT DUE DATES

To make a single payment for loans with different due dates, please include all applicable payment coupons with your payment.

## HAVING FINANCIAL DIFFICULTY?

We have options to help temporarily manage your student loan payments. For more information, please visit Discover.com/student-loans/repayment/customer/payment-options or call us at 1-800-STUDENT.

## HOW MONTHLY PAYMENTS ARE APPLIED

For more information on how your payments are applied, review the Payment Details section on your statement, visit DiscoverStudentLoans.com/Statement, or call us at 1-800-STUDENT. In general, payments are applied in order of fees (if applicable), accrued interest, and then principal (which includes capitalized interest).

**If a payment meets the Minimum Payment Due,** it will be applied to interest, accrued through the day before payment is received, and the remainder to principal.

**If a payment is less than the Minimum Payment Due,** it will be applied first to past due amounts, starting with the most delinquent loan amount and any late fees (if applicable). Payments will then be applied, based on the terms outlined in the promissory note(s), to loan(s) that authorize the collection of late fees, and then toward the remaining Minimum Payment Due amount. Paying less than the Minimum Payment Due may result in a delinquency on your loan(s). You can also direct underpayments to specific loans by noting your allocation (application) instructions on your payment coupon.

**If a payment is more than the Minimum Payment Due** and you don't choose to advance your payment due date, your overpayment will be applied first to the Minimum Payment Due and then toward the remaining balance on the highest interest rate loan in repayment on the statement or the highest balance loan in repayment (if loans have the same rate). Overpayments made after your statement due date and before your next statement may reduce the Minimum Payment Due on that next statement. You can also direct overpayments to specific loans via your payment coupon, your secure account at DiscoverStudentLoans.com or 1-800-STUDENT. To pay off a loan and obtain the payoff amount, log in at DiscoverStudentLoans.com.

**If you choose to advance your payment due date,** your overpayment will first pay your Minimum Payment Due in full. The remainder will be applied to your loan balance(s), and interest will continue to accrue on the remaining balance(s). The payment due date will be advanced as many months as the payment fully covers, and will show $0 due for the number of months that are paid ahead. If the overpayment amount is not able to pay ahead the entire Minimum Payment Due for a loan, the remaining Minimum Payment Due on the next statement will be reduced accordingly. For accounts with multiple loans on one statement, the overpayment will be applied to align all loans to the same paid ahead date, where possible.

**If you chose an in-school repayment option** and make an overpayment while in school or during the grace period, your payment will first pay your Minimum Payment Due, and then any outstanding accrued interest as of the day your payment is received, in order of highest interest rate loan, regardless if payment is due. The remainder is applied to your principal balance, in order of highest interest rate loan, regardless if payment is due.

**For customers receiving multiple statements,** payments are applied to the loans associated with the account number on the statement coupon.

## CREDIT REPORTING

Each month we report the status of your loan(s) to consumer credit reporting agencies. If you do not make your student loan payments, as required by your promissory note(s), your loan(s) will become delinquent.

---

### Address, e-mail or telephone changed?

Address _____

City _____ State _____ Zip _____

E-Mail Address _____

Phone  - _____ - _____   ☐ Land Line  ☐ Mobile

**Phone Consent**
By providing your phone numbers, you agree that Discover, its affiliates and agents may call you at these numbers. If this is a cell phone number you agree that we may contact you using an automatic dialer, including pre-recorded messages and/or text messages, even if your cell phone provider may charge you for calls according to your current plan.

To change your name, please call us at 1-800-STUDENT anytime 24/7.

### Paying More Than the Minimum Payment Due?

To apply your extra payment as described in How Monthly Payments Are Applied, no action is necessary. You may apply the extra amount differently when you log in to your secure account at DiscoverStudentLoans.com, call us at 1-800-STUDENT or select one of the options below.

☐ Apply to loan number _____

☐ Apply to the highest balance loan(s) in repayment

☐ Apply overpayment to advance payment due date

Please note that applying an overpayment to advance the payment due date is not an available option for loan(s) with an in-school repayment or for loan(s) in a deferred, grace or forbearance status.

We do not accept payment instructions related to your extra payment written on the front of your payment coupon, a personal check or a separate piece of paper included with your payment.



STUDENT LOANS

Account Number: 100303054206031

Page 3 of 4

## IMPORTANT ACCOUNT INFORMATION

**1 YOUR LOAN(S) HAS A PAST DUE PAYMENT**

Past Due amounts are due immediately. Please see the Loan Details for the past due amount. If you have not made your monthly payment, please do so today. Late payments, loan delinquencies and defaults may be reported to consumer credit reporting agencies and reflected on your credit report. If you would like to discuss payment arrangements, please call us anytime 24/7.

## PAYMENTS POSTED SINCE 11/02/2023 (For more information, see Payment Details)

The date of your individual payments reflects when we received your payment.

| Date Received | Loan No. | Payment |
|---|---|---|
| 11/23/2023 | 1000 | 18.06 |

**TOTAL PAYMENT AMOUNT**     **$18.06**

## PAYMENTS DETAILS

| Loan Type | Loan No. | Paid | Principal | Interest | Late Fees |
|---|---|---|---|---|---|
| Private Loan | 1000 | 18.06 | 0.00 | 18.06 | 0.00 |
| Private Loan | 1001 | 0.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL** | | **18.06** | **0.00** | **18.06** | **0.00** |

## PAYMENTS TO DATE

| Loan Type | Loan No. | Total Paid | Total Principal | Total Interest | Total Late Fees |
|---|---|---|---|---|---|
| Private Loan | 1000 | 3,298.77 | 550.79 | 2,747.98 | 0.00 |
| Private Loan | 1001 | 6,891.51 | 964.11 | 5,927.40 | 0.00 |
| **TOTAL** | | **10,190.28** | **1,514.90** | **8,675.38** | **0.00** |

| | |
|---|---|
| **SET:** | Settled—less than full balance |
| **SGL:** | Government secured guaranteed |
| **SIL:** | Simple interest loan |
| **SLP:** | Student loan perm assign government |
| **SPL:** | Single payment loan |
| **STL:** | Credit card lost/stolen |
| **TRF:** | Transfer |
| **TRL:** | Transferred to another lender |
| **TTR:** | Transferred to recovery |
| **WEP:** | Chapter 13 bankruptcy |

**Exhibit D**

For account information other than payment history, we may show brackets > < to indicate information that may negatively affect your credit health.

## Accounts with Adverse Information

Adverse information typically remains on your credit file for up to 7 years from the date of the delinquency. To help you understand what is generally considered adverse, we have added >brackets< to those items in this report. For your protection, your account numbers have been partially masked, and in some cases scrambled.

DISCOVER STUDENT LOANS 11003030541****

## Account Information

| | |
|---|---|
| **Address** | POB 30948 SALT LAKE CITY, UT 84130 |
| **Phone** | (800) 788-3368 |
| **Monthly Payment** | $ |
| **Date Opened** | 12/21/201 |
| **Responsibility** | Joint Accour |
| **Account Type** | Installment Account |
| **Loan Type** | STUDENT LOAN |
| **Balance** | $0 |
| **Date Updated** | 09/13/2024 |
| **Last Payment Made** | 11/23/2023 |
| **High Balance** | $23,107 |
| **Pay Status** | >Account paid in Full was a Charge-off< |

| Terms | $0 per month, paid Monthly for 180 months |
|---|---|
| **Date Closed** | 09/13/2024 |
| **Estimated month and year this item will be removed** | 08/2028 |
| **Remarks** | Account previously in dispute-now resolved. reported by credit grant; PAID IN FULL/WAS A CHARGE OFF |

## Payment History

| November 2022 | December 2022 | January 2023 | February 2023 | March 2023 | April 2023 | May 2023 |
|---|---|---|---|---|---|---|
| Rating **OK** | Rating **30** | Rating **30** | Rating **60** | Rating **90** | Rating **90** | Rating **90** |

| June 2023 | July 2023 | August 2023 | September 2023 | October 2023 | November 2023 | December 2023 |
|---|---|---|---|---|---|---|
| Rating **90** | Rating **OK** | Rating **OK** | Rating **30** | Rating **60** | Rating **90** | Rating **C/O** |

| January 2024 | February 2024 | March 2024 | April 2024 | May 2024 | June 2024 | July 2024 |
|---|---|---|---|---|---|---|
| Rating **C/O** | Rating **C/O** | Rating **C/O** | Rating **C/O** | Rating **C/O** | Rating **C/O** | Rating **C/O** |

| August 2024 |
|---|
| Rating **C/O** |

Total Months: 22

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DISCOVER STUDENT LOANS 11003030541****

## Account Information

| Address | POB 30948 SALT LAKE CITY, UT 84130 |
|---|---|
| **Phone** | (800) 788-3368 |
| **Monthly Payment** | $0 |

Case 1:25-cv-01459-OEM-LKE    Document 1    Filed 03/14/25    Page 46 of 55 PageID #: 46

| | |
|---|---|
| **Date Opened** | 08/15/2019 |
| **Responsibility** | Joint Account |
| **Account Type** | Installment Account |
| **Loan Type** | STUDENT LOAN |
| **Balance** | $0 |
| **Date Updated** | 09/13/2024 |
| **Last Payment Made** | 07/26/2023 |
| **High Balance** | $47,306 |
| **Pay Status** | >Account paid in Full was a Charge-off< |
| **Terms** | $0 per month, paid Monthly for 180 months |
| **Date Closed** | 09/13/2024 |
| **Estimated month and year this item will be removed** | 08/2028 |
| **Remarks** | Account previously in dispute-now resolved. reported by credit grant; PAID IN FULL/WAS A CHARGE OFF |

## Payment History

| November 2022 | December 2022 | January 2023 | February 2023 | March 2023 | April 2023 | May 2023 |
|---|---|---|---|---|---|---|
| Rating **OK** | Rating **30** | Rating **30** | Rating **60** | Rating **90** | Rating **90** | Rating **90** |

| June 2023 | July 2023 | August 2023 | September 2023 | October 2023 | November 2023 | December 2023 |
|---|---|---|---|---|---|---|
| Rating **90** | Rating **OK** | Rating **OK** | Rating **30** | Rating **60** | Rating **90** | Rating **C/O** |

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York ☑

| | |
|---|---|
| Lynne Lonie<br><br>_____<br>*Plaintiff(s)*<br>v.<br>**Discover Financial Services LLC**<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Discover Financial Services LLC
2500 Lake Cook Road
Riverwoods, IL 60015

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Lynne Lonie
1731 Coleman Street
Brooklyn, New York 11234

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: _____        _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ _____0_____ .

I declare under penalty of perjury that this information is true.


Date: _____

                                                    _____
                                                              *Server's signature*

                                                    _____
                                                              *Printed name and title*

                                                    _____
                                                              *Server's address*

Additional information regarding attempted service, etc:



| Print | Save As... | | Reset |

Phone Number ████████████  (800) 950-5114

📄 **Comment**

**Current:**

FCRA dispute resolved - consumer disagrees ████████████████████████████

**Previous:**

None

---

## DISCOVER STUDENT LOANS         EXHIBIT A

**POTENTIALLY NEGATIVE**

🗒 **Account Info**

| | | | |
|---|---|---|---|
| Account Name | DISCOVER STUDENT LOANS | Balance | - |
| Account Number | 110030XXXXXXXXX | Balance Updated | - |
| Account Type | Education | Recent Payment | - |
| Responsibility | Joint with JOHN M LONIE | Monthly Payment | - |
| Date Opened | 12/21/2018 | Original Balance | $23,107 |
| Status | Paid, Closed. $31,577 written off. | Highest Balance | - |
| Status Updated | Sep 2024 | Terms | 180 Months |

💲 **Payment History**

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **2024** | CO | CO | CO | CO | CO | CO | CO | CO | CO | — | — | — |
| **2023** | 30 | 60 | 90 | 90 | 90 | 90 | ✔ | ✔ | 30 | 60 | 90 | CO |
| **2022** | — | — | — | — | — | — | — | — | — | — | ✔ | 30 |

| | | | |
|---|---|---|---|
| ✔ | Current / Terms met | 30 | Past due 30 days |
| 60 | Past due 60 days | 90 | Past due 90 days |
| CO | Charge off | | |

**Payment history guide**

Charge Off as of Sep 2024, Aug 2024, Jul 2024, Jun 2024, May 2024, Apr 2024, Mar 2024, Feb 2024, Jan 2024, Dec 2023

90 days past due as of Nov 2023, Jun 2023, May 2023, Apr 2023, Mar 2023

60 days past due as of Oct 2023, Feb 2023

30 days past due as of Sep 2023, Jan 2023, Dec 2022

 **Balance Histories**

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| Sep 2024 | $31,577 | $0 | $0 on 11/23/2023 |
| Jun 2024 | $31,577 | $0 | $0 on 7/26/2023 |
| May 2024 | $31,577 | $0 | $0 on 7/26/2023 |
| Apr 2024 | $31,577 | $0 | $0 on 7/26/2023 |
| Mar 2024 | $31,577 | $0 | $0 on 7/26/2023 |
| Mar 2024 | $31,577 | $0 | $0 on 11/23/2023 |
| Sep 2023 | $30,375 | $382 | $1,859 on 7/26/2023 |
| Jun 2023 | $31,514 | $370 | $355 on 6/30/2023 |
| May 2023 | $31,564 | $370 | $231 on 5/4/2023 |
| Apr 2023 | $31,479 | $370 | $424 on 4/7/2023 |
| Mar 2023 | $31,597 | $365 | $0 on 1/6/2023 |

### Additional info

The original amount of this account was $23,107

 **Contact Info**

| Address | PO BOX 30948, SALT LAKE CITY UT 84130 |
|---------|----------------------------------------|
| Phone Number | (800) 973-4064 |

 **Comment**

**Current:**

Account previously in dispute - investigation complete, reported by data furnisher

**Previous:**

Account previously in dispute - investigation complete, reported by data furnisher

Mar 2024 to Jun 2024, Sep 2023

Payment Deferred.



### Your Statement

**ITEM IN DISPUTE BY CONSUMER**



### Reinvestigation Info

**This item was updated from our processing of your dispute in Mar 2025.**

## DISCOVER STUDENT LOANS

**POTENTIALLY NEGATIVE**



### Account Info

| | | | |
|---|---|---|---|
| Account Name | **DISCOVER STUDENT LOANS** | Balance | - |
| Account Number | **110030XXXXXXXXX** | Balance Updated | - |
| Account Type | **Education** | Recent Payment | - |
| Responsibility | **Joint with JOHN M LONIE** | Monthly Payment | - |
| Date Opened | **08/15/2019** | Original Balance | **$47,306** |
| Status | **Paid, Closed. $62,855 written off.** | Highest Balance | - |
| Status Updated | **Sep 2024** | Terms | **180 Months** |

### Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | CO | CO | CO | CO | CO | CO | CO | CO | CO | — | — | — |
| 2023 | 30 | 60 | 90 | 90 | 90 | 90 | ✓ | ✓ | 30 | 60 | 90 | CO |
| 2022 | — | — | — | — | — | — | — | — | — | — | ✓ | 30 |

| | | | |
|---|---|---|---|
| ✓ | Current / Terms met | 30 | Past due 30 days |
| 60 | Past due 60 days | 90 | Past due 90 days |
| CO | Charge off | | |

**Payment history guide**

Charge Off as of Sep 2024, Aug 2024, Jul 2024, Jun 2024, May 2024, Apr 2024, Mar 2024, Feb 2024, Jan 2024, Dec 2023

90 days past due as of Nov 2023, Jun 2023, May 2023, Apr 2023, Mar 2023

60 days past due as of Oct 2023, Feb 2023

30 days past due as of Sep 2023, Jan 2023, Dec 2022

 **Balance Histories**

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| Sep 2024 | $62,855 | $0 | $0 on 7/26/2023 |
| Jun 2024 | $62,855 | $0 | $0 on 7/26/2023 |
| May 2024 | $62,855 | $0 | $0 on 7/26/2023 |
| Apr 2024 | $62,855 | $0 | $0 on 7/26/2023 |
| Mar 2024 | $62,855 | $0 | $0 on 7/26/2023 |
| Mar 2024 | $62,855 | $0 | $0 on 7/26/2023 |
| Sep 2023 | $60,225 | $802 | $3,905 on 7/26/2023 |
| Jun 2023 | $62,577 | $778 | $768 on 6/30/2023 |
| May 2023 | $62,684 | $778 | $768 on 5/4/2023 |
| Apr 2023 | $62,769 | $778 | $724 on 4/7/2023 |
| Mar 2023 | $62,832 | $768 | $0 on 1/6/2023 |

### Additional info

The original amount of this account was $47,306

 **Contact Info**

| Address | PO BOX 30948, SALT LAKE CITY UT 84130 |
|---------|----------------------------------------|
| Phone Number | (800) 973-4064 |

 **Comment**

**Current:**

Account previously in dispute - investigation complete, reported by data furnisher

**Previous:**

Account previously in dispute - investigation complete, reported by data furnisher

Mar 2024 to Jun 2024, Sep 2023

# DISC**O**VER®

**Exhibit B**

STUDENT LOANS

Account number 100303054206031

Page 1 of 4

Login to your account at
DiscoverStudentLoans.com

## PAYMENT INFORMATION    as of 03/02/2023

| Minimum Payment Due | $4,406.38 |
|---|---|
| If received on or before 03/25/2023 | |

| Payments Received since 02/02/2023 | | |
|---|---|---|
| Principal: | $ | 0.00 |
| Interest: | $ | 0.00 |
| Late Fees: | $ | 0.00 |
| Total Payment Received: | $ | 0.00 |

Visit DiscoverStudentLoans.com/Statement for more information on how to read your statement.

**Questions? Contact us 24/7**



1-800-STUDENT
TDD (1-800-223-5614)

DiscoverStudentLoans.com

## LOAN DETAILS AS OF 03/02/2023    Loan(s) currently due for payment

| Loan Type | Loan No. | Loan Status | Interest Rate | Loan Balance (Principal + Interest) | Unpaid Accrued Interest Balance | Unpaid Deferred Interest Balance | Amount Past Due | Total Amount Due |
|---|---|---|---|---|---|---|---|---|
| Private Loan [1] | 1000 | REPAY | 11.965% | 31,307.83 | 834.35 | 0.00 | 1,010.39 | 1,376.27 |
| Private Loan [1] | 1001 | REPAY | 13.115% | 62,204.97 | 1,992.10 | 0.00 | 2,261.59 | 3,030.11 |
| **TOTAL** | | | | **93,512.80** | **2,826.45** | **0.00** | **3,271.98** | **4,406.38** |

**Change in Total Debt (Principal & Interest) Since Last Statement:  +$885.50**
Note: A decrease will appear as a negative (-), an increase will appear as positive (+).
**Loan Balance (Principal + Total Interest):** Sum of your outstanding principal balance, Unpaid Accrued Interest Balance and Unpaid Deferred Interest Balance, as of the date of this statement.
**Unpaid Accrued Interest Balance:** Interest that has been charged to your loan (excludes Unpaid Deferred Interest).
**Unpaid Deferred Interest Balance:** Interest that has been charged to your loan which will capitalize and be added to your principal balance following

## IMPORTANT ACCOUNT INFORMATION

Make checks payable to Discover Student Loans.
Please fold on the perforation below, detach and return with your payment.

**See reverse side for Important Information about your account.**

---

## Payment Coupon
Please do not fold, clip or staple.

  **Pay Online** DiscoverStudentLoans.com

**Pay by Phone** 1-800-STUDENT

| Account Number | 10030305420603 |
|---|---|
| Minimum Payment Due | $4,406.38 |
| **Payment Due Date** | 03/25/2023 |
| **Amount Enclosed** | $ |

ԵվԱլիիիֆիիիՈիֆիիՄՈՄիիՈիՈՄՄիՈՄ

Lynne Lonie
1731 Coleman St
Brooklyn, NY 11234-4312

**Paying More Than the Minimum Payment Due?**
☐ Check this box if you want to apply the extra amount to specific loans.
See reverse side for instructions.

To apply the extra amount to your loan with the highest interest rate, no action is necessary.

DISCOVER STUDENT LOANS
PO Box 71053
PHILADELPHIA, PA 19176-6053
ԵվիիՄՈիիֆՄՈիֆՄՄիՄիֆիֆՄՈՄՄՄ

0000790090001003030542060310064700100303054200004406380

Information About Your Student Loan Account
Case 1:25-cv-02350-ELMARK Document 1    Filed 03/14/25    Page 54 of 55 PageID #: Page 2 of 4
See your promissory note which contains all the terms of your loan. Visit DiscoverStudentLoans.com/Statement for information on how to read your statement.

## PAYMENT INFORMATION

Visit DiscoverStudentLoans.com for more information about making payments on your student loans. Payment options include:

- Pay online at DiscoverStudentLoans.com.
- Have monthly payments that are automatically deducted from your checking or savings account. You will receive loan statements online and the Auto Debit Amount will be deducted on your Auto Debit Date.
- Pay by phone using our payment service at 1-800-STUDENT (1-800-788-3368). You will need your loan statement, bank account information and the last four digits of your Social Security number. This information will serve as your electronic signature and your consent to authorize Discover to electronically debit the account on the date you designate and to debit or credit that designated account to correct any applicable payment processing errors. Please ensure there are sufficient funds available in your designated account at the time your payment(s) are processed to keep your account in good standing. All transactions must comply with US law. For payments dated for the same day, once it is submitted it cannot be canceled. To cancel payments dated in the future, notify us up to 5:00 pm ET the day of the scheduled payment. Complete the information below and keep this for your records.

Designate an amount and fill in the blanks: ☐ Minimum Payment Due
☐ Other Amount $ _____ . ___    Payment Due Date _____
Bank Account # _____    Bank Routing # _____

- Mail payment. Send your payment coupon with a check or money order payable to Discover Student Loans. **DO NOT SEND CASH**. Sending cash payments is not allowed. If your payment is returned unpaid, we reserve the right to resubmit it as an electronic debit.

## ADDITIONAL INFORMATION

- To retain applicable borrower benefits, your payment must be received no later than the payment due date. Late payments may result in loss of or impairment of eligibility for borrower benefits, including interest rate reductions for automatic or on-time payments, cosigner release and other programs. Eligibility for borrower benefits also may be terminated or delayed during periods of non-payment, including deferment or forbearance, if payments are returned for insufficient funds, or if the loan is delinquent and/or defaults. See applicable benefit program terms and conditions at DiscoverStudentLoans.com or call us at 1-800-STUDENT (1-800-788-3368).
- Interest cannot be paid until it accrues on your loan.
- We will send you a quarterly statement for any of your loan(s) that are in an in school, grace, deferment or forbearance status.

## HOW WE CALCULATE INTEREST

The Daily Simple Interest Method is used to calculate the interest on your account. It is calculated by multiplying the current principal balance by the interest rate of the loan and dividing by the number of days in a year. This will give you one day's interest accrual on your principal balance. Using this method, the daily interest accrual goes down as your principal balance is reduced.

## HOW TO MAKE PAYMENTS WITH DIFFERENT DUE DATES

To make a single payment for loans with different due dates, please include all applicable payment coupons with your payment.

## HAVING FINANCIAL DIFFICULTY?

We have options to help temporarily manage your student loan payments. For more information, please visit Discover.com/student-loans/repayment/customer/payment-options or call us at 1-800-STUDENT anytime 24/7.

## HOW MONTHLY PAYMENTS ARE APPLIED

For more information on how your payments are applied, review the Payment Details section on your statement, visit DiscoverStudentLoans.com/Statement, or call us at 1-800-STUDENT. In general, payments are applied in order of fees (if applicable), accrued interest, and then principal (which includes capitalized interest).

**If a payment meets the Minimum Payment Due,** it will be applied to interest, accrued through the day before payment is received, and the remainder to principal.

**If a payment is less than the Minimum Payment Due,** it will be applied first to past due amounts, starting with the most delinquent loan amount and any late fees (if applicable). Payments will then be applied, based on the terms outlined in the promissory note(s), to loan(s) that authorize the collection of late fees, and then toward the remaining Minimum Payment Due amount. Paying less than the Minimum Payment Due may result in a delinquency on your loan(s). You can also direct underpayments to specific loans by noting your allocation (application) instructions on your payment coupon.

**If a payment is more than the Minimum Payment Due** and you don't choose to advance your payment due date, your payment will be applied first to the Minimum Payment Due and then toward the remaining balance on the highest interest rate loan in repayment on the statement or the highest balance loan in repayment (if loans have the same rate). Overpayments made after your statement due date and before your next statement may reduce the Minimum Payment Due on that next statement. You can also direct overpayments to specific loans via your payment coupon, your secure account at DiscoverStudentLoans.com or 1-800-STUDENT. To pay off a loan and obtain the payoff amount, log in at DiscoverStudentLoans.com.

**If you choose to advance your payment due date,** your overpayment will first pay your Minimum Payment Due in full. The remainder will be applied to your loan balance(s), and interest will continue to accrue on the remaining balance(s). The payment due date will be advanced as many months as the payment fully covers, and will show $0 due for the number of months that are paid ahead. If the overpayment amount is not able to pay ahead the entire Minimum Payment Due for a loan, the remaining Minimum Payment Due on the next statement will be reduced accordingly. For accounts with multiple loans on one statement, the overpayment will be applied to align all loans to the same paid ahead date, where possible.

**If you chose an in-school repayment option** and make an overpayment while in school or during the grace period, your payment will first pay your Minimum Payment Due, and then any outstanding accrued interest as of the day your payment is received, in order of highest interest rate loan, regardless if payment is due. The remainder is applied to your principal balance, in order of highest interest rate loan, regardless if payment is due.

**For customers receiving multiple statements,** payments are applied to the loans associated with the account number on the statement coupon.

## CREDIT REPORTING

Each month we report the status of your loan(s) to consumer credit reporting agencies. If you do not make your student loan payments, as required by your promissory note(s), your loan(s) will become delinquent.

## WHAT TO DO IF YOU THINK YOU MAY HAVE FOUND A MISTAKE

If you think there is an error on your statement or you believe a prior payment was applied incorrectly, call us at 1-800-STUDENT anytime 24/7.

DSL202104

---

### Address, e-mail or telephone changed?

Address _____

City _____    State _____    Zip _____

E-Mail Address _____

Phone ___ - ___ - ___    ☐ Land Line    ☐ Mobile

**Phone Consent**
By providing your phone numbers, you agree that Discover, its affiliates and agents may call you at these numbers. If this is a cell phone number you agree that we may contact you using an automatic dialer, including pre-recorded messages and/or text messages, even if your cell phone provider may charge you for calls according to your current plan.

To change your name, please call us at 1-800-STUDENT anytime 24/7.

### Paying More Than the Minimum Payment Due?

To apply your extra payment as described in How Monthly Payments Are Applied, no action is necessary. You may apply the extra amount differently when you log in to your secure account at DiscoverStudentLoans.com, call us at 1-800-STUDENT or select one of the options below.

☐ Apply to loan number _____

☐ Apply to the highest balance loan(s) in repayment

☐ Apply overpayment to advance payment due date

Please note that applying an overpayment to advance the payment due date is not an available option for loan(s) with an in-school repayment or for loan(s) in a deferred, grace or forbearance status.

We do not accept payment instructions related to your extra payment written on the front of your payment coupon, a personal check or a separate piece of paper included with your payment.



STUDENT LOANS

Account Number 100303054206031

Page 3 of 4

1 **YOUR LOAN(S) HAS A PAST DUE PAYMENT**

Past Due amounts are due immediately. Please see the Loan Details for the past due amount. If you have not made your monthly payment, please do so today. Late payments, loan delinquencies and defaults may be reported to consumer credit reporting agencies and reflected on your credit report. If you would like to discuss payment arrangements, please call us anytime 24/7.

**PAYMENTS POSTED SINCE 02/02/2023 (For more information, see Payment Details)**

The date of your individual payments reflects when we received your payment.

**TOTAL PAYMENT AMOUNT**        **$0.00**

**PAYMENTS DETAILS**

| Loan Type | Loan No. | Paid | Principal | Interest | Late Fees |
|---|---|---|---|---|---|
| Private Loan | 1000 | 0.00 | 0.00 | 0.00 | 0.00 |
| Private Loan | 1001 | 0.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL** | | **0.00** | **0.00** | **0.00** | **0.00** |

**PAYMENTS TO DATE**

| Loan Type | Loan No. | Total Paid | Total Principal | Total Interest | Total Late Fees |
|---|---|---|---|---|---|
| Private Loan | 1000 | 409.85 | 0.00 | 409.85 | 0.00 |
| Private Loan | 1001 | 724.55 | 0.00 | 724.55 | 0.00 |
| **TOTAL** | | **1,134.40** | **0.00** | **1,134.40** | **0.00** |