UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Lynne Lonie,<br><br>                Plaintiff,<br><br>   v.<br><br>Discover Financial Services, LLC,<br><br>                Defendant(s). | Case No. 1:25-cv-01459-OEM-LKE |

## NOTICE OF SETTLEMENT

    The undersigned counsel for Defendant Discover Bank ("Discover"), erroneously named as Discover Financial Services, LLC, and Plaintiff Lynne Lonie ("Plaintiff") hereby provide notice to the Court that this matter has been settled as to all of Plaintiff's claims against Discover in this action. The parties are finalizing the terms of the settlement agreement, and once the settlement agreement is fully executed, the parties shall file a Stipulation of Voluntary Dismissal with prejudice. It is respectfully requested that the matter, including all deadlines and conferences, be stayed.

DB2/ 50770395.1

| | |
|---|---|
| Dated: New York, New York<br><br>April 30, 2025 | MORGAN, LEWIS & BOCKIUS LLP<br><br>By: *s/ Lauren McCabe*<br>　　Lauren McCabe<br>　　Lauren.mccabe@morganlewis.com<br>　　101 Park Ave<br>　　New York, NY 10178<br>　　Tel: +1.212.309.6000<br>　　Fax: +1.212.309.6001<br><br>Attorneys for Defendant Discover Bank |
| Dated: New York, New York<br><br>April 30, 2025 | LYNNE LONIE<br><br>By: *s/ Lynne Lonie*<br>　　Lynne Lonie<br>　　lynneantonio123@gmail.com<br>　　1731 Coleman Street<br>　　Brooklyn, NY 11234<br><br>Pro Se Plaintiff |

**Certificate of Service**

I, Lauren McCabe, certify that on April 30, 2025, I caused the foregoing NOTICE OF SETTLEMENT to be filed with the Clerk of the Court and served upon all parties of record via the Court's CM/ECF system.

*/s/ Lauren McCabe*
Lauren McCabe