UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Lynne Lonie,<br><br>          Plaintiff,<br><br>     v.<br><br>Discover Financial Services, LLC,<br><br>          Defendant(s). | Case No. 1:25-cv-01459-OEM-LKE<br><br>**STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE, F.R.C.P. 41(A)(1)(A)(II)** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Lynne Lonie and Defendant Discover Bank ("Discover"), erroneously named as Discover Financial Services, LLC, that the above-captioned action is dismissed, with prejudice, as to Discover pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear its own costs and attorney fees.

Dated: New York, New York

      May 29, 2025

MORGAN, LEWIS & BOCKIUS LLP

By: *s/ Lauren McCabe*
    Lauren McCabe
    Lauren.mccabe@morganlewis.com
    101 Park Ave
    New York, NY 10178
    Tel: +1.212.309.6000
    Fax: +1.212.309.6001

Attorneys for Defendant Discover Bank

Dated: New York, New York

      May 29, 2025

LYNNE LONIE

By: *s/ Lynne Lonie*
    Lynne Lonie
    lynneantonio123@gmail.com
    1731 Coleman Street
    Brooklyn, NY 11234

Pro Se Plaintiff

**Certificate of Service**

      I, Lauren McCabe, certify that on May 29, 2025, I caused the foregoing STIPULATION OF SETTLEMENT to be filed with the Clerk of the Court and served upon all parties of record via the Court's CM/ECF system.

                                         */s/ Lauren McCabe*
                                         Lauren McCabe